**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| IDLEAIRE TECHNOLOGIES CORPORATION, | Case No. 08-10960 (KG) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Evan Gershbein, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the proposed claims and noticing agent for the Debtor in the above-captioned case.

On May 12, 2008, at my direction and under my supervision, employees of KCC caused to be served the following documents via facsimile on the service list attached hereto as **Exhibit A**:

1. **Notice of (I) Filing of Bankruptcy Petition and Related Pleadings and (II) First Day Hearing Thereon** [Docket No. 16];

2. **Notice of Agenda of Matters Scheduled for Hearing Agenda for First Day Hearing and Index of First Day Pleadings** [Docket No. 20]

On May 12, 2008, at my direction and under my supervision, employees of KCC caused to be served the following documents via Overnight mail on the service list attached hereto as **Exhibit B**:

1. **Voluntary Petition for IdleAire Technologies Corporation** [Docket No. 1];

2. **Declaration of Michael C. Crabtree in Support of First Day Motions and Applications** [Docket No. 3];

3. **Application of Debtor Pursuant to 28 U.S.C. § 156(c) and Del. Bankr. L. R. 2002-1(f) for Authorization to Retain and Appoint Kurtzman Carson Consultants LLC as Claims, Noticing and Balloting Agent** [Docket No. 4];

4. **Motion to Authorize Debtor to (A) Continue and Maintain Consolidated Cash Management System and Existing Bank Accounts; (B) Continue Use of Existing Business Forms; and (C) Granting Interim and Final Waiver of Section 345 Requirements** [Docket No. 5];

5. **Motion Regarding Chapter 11 First Day Motions Motion of Debtor Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment** [Docket No. 6];

6. **Motion of Debtor Pursuant to Sections 105(a), 363(b) and 507 of the Bankruptcy Code for Authorization to Honor Prepetition Customer Obligations** [Docket No. 7];

7. **Motion to Pay Sales and Use Taxes Motion for Order Pursuant to Sections 105(a), 363(b) and 541 of the Bankruptcy Code for Authorization to Pay Certain Prepetition Taxes and Fees** [Docket No. 8];

8. **Motion Regarding Chapter 11 First Day Motions Motion for Order Pursuant to Sections 361 and 363(b) of the Bankruptcy Code and Bankruptcy Rule 4001(c) Authorizing Debtor to (I) Continue Honoring Prepetition Insurance Premium Financing Agreement and (II) Continue Grant of Security Interest Related Thereto** [Docket No. 9];

9. **Debtor's Motion for Order Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code Authorizing the Debtor to Adopt and Implement an Incentive Plan for Certain Key Employees and Continue Existing Employee Severance Plan** [Docket No. 10];

10. **Motion of Debtor Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code for an Order (I) Authorizing Payment of Prepetition Wages, Compensation, and Employee Benefits (II) Authorizing Debtor to Pay Withholding Taxes; and (III) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations** [Docket No. 11];

11. **Motion Regarding Chapter 11 First Day Motions Debtor's Motion for (I) an Order (A) Approving Sale Procedures in Connection with Sale of Substantially All of the Debtor's Assets, (B) Approving the Expense Reimbursement, (C) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of**

**Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief** [Docket No. 12];

12. **Motion Regarding Chapter 11 First Day Motions Motion for Entry of Interim and Final Orders (I) Authorizing Debtor (A) to Obtain Post-Petition Financing Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, (II) Granting Adequate Protection to Pre-Petition Secured Parties Pursuant to 11 U.S.C. Section 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy RUles 4001(b) and (c)** [Docket No. 13];

13. **Certification of Counsel (Hazeltine, William)** [Docket No. 14];

14. **Application to Employ Application Pursuant to Fed. R. Bankr. P. 2014(a) and Del. Bankr. L.R. 2014-1 for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Sullivan Hazeltine Allinson LLC as Local Counsel for Debtor and Debtor-in-Possession Nunc Pro Tunc to the Petition Date Sullivan Hazeltine Allinson LLC as Local Counsel** [Docket No. 15];

15. **Notice of Hearing Notice of (I) Filing of Bankruptcy Petition and Related Pleadings and (II) Frist Day Hearing Thereon** [Docket No. 16];

16. **Application to Employ Application Pursuant to Fed. R. Bankr. P. 2014(a) and Del. Bankr. L.R. 2014-1 for Order Under Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Holland & Knight LLP as Counsel for Debtor and Debtor-in-Possession** [Docket No. 17];

17. **Application to Employ Application Pursuant to Fed. R. Bankr. P. 2014(a) and Del. Bankr. L.R. 2014-1 for Order Under Sections 327(e) and 329 of the Bankruptcy Code Authorizing the Employment and Retention of Williams & Anderson PLC as Special Counsel for Independent Board Members of the Debtor** [Docket No. 18];

18. **Application to Employ Application for Order Authorizing Debtor to Retain and Employ CRG Partners Group LLC as Crisis Managers and Designate S. Gray as Debtor's Chief Restructuring Officer Nunc Pro Tunc to the Petition Date** [Docket No. 19];

19. **Notice of Agenda of Matters Scheduled for Hearing Agenda for First Day Hearing and Index of First Day Pleadings** [Docket No. 20];

20. **Application for Compensation Motion of the Debtor for an Order Pursuant to 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** [Docket No. 21]

On May 12, 2008, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit C**:

**Motion to Authorize Debtor to (A) Continue and Maintain Consolidated Cash Management System and Existing Bank Accounts; (B) Continue Use of Existing Business Forms; and (C) Granting Interim and Final Waiver of Section 345 Requirements** [Docket No. 5]

On May 12, 2008, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit D**:

**Motion Regarding Chapter 11 First Day Motions Motion of Debtor Pursuant to Sections 105(a) and 366 of the Bankruptcy Code for Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment** [Docket No. 6]

On May 12, 2008, at my direction and under my supervision, employees of KCC caused to be served the following document via Overnight mail on the service list attached hereto as **Exhibit E**:

**Motion to Pay Sales and Use Taxes Motion for Order Pursuant to Sections 105(a), 363(b) and 541 of the Bankruptcy Code for Authorization to Pay Certain Prepetition Taxes and Fees** [Docket No. 8]

Dated: May 13, 2008

Evan Gershbein

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 13th day of May, 2008, by Evan Gershbein, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

Signature _Vanessa R Quinones_

VANESSA RAE QUINONES
Commission # 1732826
Notary Public - California
Los Angeles County
My Comm. Expires Mar 20, 2011

# EXHIBIT A

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Fax |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|-----|
| 640 Business Park | c/o Blue Ridge Development | 2035 Lakeside Centre Way Ste 250 | | | Knoxville | TN | 37922 | | 865-470-4869 |
| Advantage IQ Inc | | 1313 North Atlantic St Ste 5000 | | | Spokane | WA | 99201 | | 509-329-7287 |
| Akin Gump Strauss Hauer & Feld LLP | Attn Michael S Stamer Esq | Attn Scott L Alberino Esq | 590 Madison Ave | | New York | NY | 10022 | | 212-872-1002 |
| All State Truck Stop | | 475 Pine St | | | Unadilla | GA | 31091 | | 478-627-3449 |
| Arrow Terminal Tulsa OK | | 4244 S Elwood Ave | | | Tulsa | OK | 74107 | | 918-445-5702 |
| Bear Stearns Securities Corp | | 1 Metrotech Center 4th Fl | | | Brooklyn | NY | 11201 | | 917-849-2172 |
| Besco | | PO Box 3250 | | | Knoxville | TN | 37927-3250 | | 865-546-2104 |
| Billie J Haddock TN Human Rights Comm | | Cornerstone Square Bldg Ste 305 | 530 Church St | | Nashville | TN | 37243 | | 615-253-1886 |
| Bowne | | PO Box 6081 Church St Station | | | New York | NY | 10277-2706 | | 212-229-3400 |
| Calark International Incorporated | | 12024 I 30 | | | Little Rock | AR | 72210 | | 501-455-5962 |
| CalArk Terminal Laredo TX | | 4431 Pan American Blvd | | | Laredo | TX | 78045 | | 501-455-5962 |
| California Dept of EEOC | | 4800 Stockdale Hwy No 215 | | | Bakersfield | CA | 93309 | | 661-395-2972 |
| Champion TP Sheppard TX | | 9998 US Hwy 59 S | | | Sheppard | TX | 77371 | | 281-659-2535 |
| Columbia 20 Travel Center | | 7400 Wilson Blvd | | | Columbia | SC | 29203 | | 803-735-8065 |
| Communications Development | Shea Thrash | PO Box 13996 | | | Maumelle | AR | 72113 | | 501-851-0109 |
| Darryl S Laddin Esq | Arnall Golden Gregory LLP | 171 17th St NW Ste 2100 | | | Atlanta | GA | 30363-1031 | | 404-873-8121 |
| David Buchbinder | Office of the U S Trustee | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | 302-573-6497 |
| David L Johnson Esq | Miller & Martin PLLC | 150 Fourth Ave North | 1200 One Nashville Place | | Nashville | TN | 37219-2433 | | 615-256-8197 |
| Deborah Urbanski ADR Coordinator | U S E E O C Houston District Office | 1919 Smith St 7th Fl | | | Houston | TX | 77002-8049 | | 713-209-3381 |
| Dennie Westfall Esq | CA Dept of Fair Employment & Housing & EEOC | 4800 Stockdale Hwy Ste 215 | | | Bakersfield | CA | 93309 | | 661-395-2972 |
| Derrick Truck Stop | | 1105 Peeler Rd | | | Salisbury | NC | 28146-1134 | | 704-637-7540 |
| Dimension Graphics | | 13915 West 107th St | | | Lenexa | KS | 66215 | | 913-469-6805 |
| DLA Piper US LLP counsel to PB Constructors Inc | Ben W Prevost Esq | One Atlantic Center | 1201 West Peachtree St Ste 2800 | | Atlanta | GA | 30309-3450 | | 404-682-7800 |
| East Greenwich Township | | 159 Democrat Rd | | | Mickleton | NJ | 08056 | | 856-224-0296 |
| Flying J El Paso TX | | 1104 COUNTRY HILL DR | | | Ogden | UT | 84403 | | 801-624-1587 |
| Frystown Plaza Meyerstown PA | | 2212 Camp Swatara Rd | | | Meyerstown | PA | 17067 | | 717-933-8966 |
| Getzler Henrich & Associates | Attn Karen Dundas | 295 Madison Ave 20th Fl | | | New York | NY | 10017 | | 212-697-4812 |
| Grace Commercial Properties | T Arthur Scott Jr | PO Box 4428 | | | Johnson City | TN | 37602 | | 888-224-1737 |
| Horne Properties Inc | | 412 N Cedar Bluff Rd | Ste 205 | | Knoxville | TN | 37923 | | 865-560-1180 |
| Hugh C Howser Jr Esq Chiaphua counsel | Miller & Martin Nashville | 150 Fourth Ave North | 1200 One Nashville Place | | Nashville | TN | 37219-2433 | | 615-256-8197 |
| James A Beakes Esq | Miller & Martin PLLC | 1200 One Nashville Place | 150 Fourth Ave North | | Nashville | TN | 37219-2433 | | 615-256-8197 |
| Jerry Courtney | ADC No 99118 Grimes Unit | 300 Corrections Dr | | | Newport | AR | 72112 | | 870-523-8302 |
| JJ Truck Stop DBA Als Truck Stop of Malvern Inc | | PO BOX 309 | | | Malvern | AR | 72104 | | 501-778-4909 |
| JJs Truck Stop Benton AR | | 6110 Interstate 30 | | | Benton | AR | 72015 | | 501-778-4909 |
| Kelley Drye & Warren LLP | Attn Pamela Bruzzese Szczygiel Esq | 101 Park Ave | | | New York | NY | 10178 | | 212-808-7897 |
| KPMG Corporate Finance LLC | Attn Lori Beers | 345 Park Ave | | | New York | NY | 10154 | | 212-409-8340 |
| Larry L Sanner Esq | Indianapolis District Office | 101 West Ohio St Ste 1900 | | | Indianapolis | IN | 46204 | | 317-226-7953 |
| LodgeNet Entertainment Corp | Steve Truckenmiller | 3900 W Innovation St | | | Sioux Falls | SD | 57107-7002 | | 605-988-1323 |
| Loves No 214 El Paso TX | | 1302 Horizon Blvd | | | El Paso | TX | 79928 | | 915-852-2370 |
| Loves No 223 Ripon CA | | 1553 West Colony Rd Ste B | | | Ripon | CA | 95366 | | 209-599-3680 |
| Nancy Younger & Estate of William Younger | c/o Don A Russo Esq | DON RUSSO P A | 7990 Red Rd | | Miami | FL | 33143 | | 305-665-7146 |
| Nevada Equal Rights Commission | | 1515 East Tropicana Ave No 590 | | | Las Vegas | NV | 89119 | | 702-486-7054 |
| New Mexico Human Rights Div | | 1596 Pacheco St | | | Santa Fe | NM | 87505-3979 | | 505-827-6878 |
| PB Constructors Inc | c/o Parsons Brinckerhoff Inc | One Penn Plaza | | | New York | NY | 10119 | | 212-465-5096 |
| Realty Investment Services | | 5731 Lyons View Pike | Ste 220 | | Knoxville | TN | 37919 | | 865-450-8953 |
| Ropes & Gray LLP | Attention Mark R Somerstein Esq | 1211 Ave of the Americas | | | New York | NY | 10036-8704 | | 646-728-1663 |
| Ropes & Gray LLP | Attn Mark R Somerstein | 1211 Ave of the Americas | | | New York | NY | 10036-8704 | | 646-728-1663 |
| Sapp Bros Salt Lake City UT | | 1440 S Industrial Rd | | | Salt Lake City | UT | 84104 | | 801-977-3939 |
| Sarah L Smith Esq | U S E E O C | 50 Vantage Way Ste 202 | | | Nashville | TN | 37728 | | 615-736-2107 |
| Sheryl Turner Esq | U S E E O C Indianapolis Dist Office | 101 West Ohio St Ste 1900 | | | Indianapolis | IN | 46204 | | 317-226-7953 |
| Soraya Yanar Hanshew Esq | Texas RioGrande Legal Aid El Paso Office | 1331 Texas Ave | | | El Paso | TX | 79901 | | 915-544-3789 |
| Sparks Technology Inc | Carrie Kirkpatrick | PO BOX 1339 | | | St Charles | IL | 60174 | | 630-482-3606 |
| Sullivan Hazeltine Allinson LLC | Attn William D Sullivan Esq | 4 East 8th St Ste 400 | | | Wilmington | DE | 19801 | | 302-428-8195 |
| Thomas Olson Esq | McKirdy & Riskin | PO Box 2379 | | | Morristown | NJ | 07962-2379 | | 973-984-5529 |
| U S E E O C | New Orleans Field Office | 1555 Poydras St Ste 1900 | | | New Orleans | LA | 70112 | | 504-595-2884 |
| United Parcel Service | | Lockbox 577 | | | Carol Stream | IL | 60132-0577 | | 559-553-1740 |
| United Rentals Northwest Inc | Sharon Martorana | 2138 Espey Court | | | Crofton | MD | 21114 | | 410-451-1132 |
| Verizon Business | | PO Box 371873 | | | Pittsburgh | PA | 15250-7873 | | 866-836-1256 |
| Victoria Hearon | | 13280 Hickory Creek Rd | | | Lenoir City | TN | 37771 | | 612-667-9825 |
| Wells Fargo Bank National Association | Attention Corporate Trust Department | MAC – N9303 120 – IdleAire Administrator | Sixth St & Marquette Ave | | Minneapolis | MN | 55479 | | 612-667-9825 |
| Wells Fargo Bank National Association | Attention Nick D Tally MAC N9303 120 | Sixth & Marquette | | | Minneapolis | MN | 55479 | | 612-667-9825 |
| Williams & Anderson PLC | Attn Paul W Hoover Jr Esq | Stephens Building | Twenty Second Fl | 111 Center St | Little Rock | AR | 72201 | | 501-372-6453 |
| Young Conaway Stargatt & Taylor LLP | Attn Robert S Brady Esq M Blake Cleary Esq | 1000 West St 17th Fl | | | Wilmington | DE | 19801 | | 302-576-3283 |
| | | | | | | | | | 302-576-3287 |

# **EXHIBIT B**

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|---|
| 640 Business Park | c/o Blue Ridge Development | 2035 Lakeside Centre Way Ste 250 | | | Knoxville | TN | 37922 | | 865-470-4869 |
| Abdulus Smith | | 1230 Bailey St | | | Harrisburg | PA | 17103 | | |
| Advantage IQ Inc | | 1313 North Atlantic St Ste 5000 | | | Spokane | WA | 99201 | | 509-329-7287 |
| Akin Gump Strauss Hauer & Feld LLP | Attn Michael S Stamer Esq | Attn Scott L Alberino Esq | 590 Madison Ave | | New York | NY | 10022 | | 212-872-1002 |
| All American T/P Doswell VA | | 10218 Kings Dominion Blvd | | | Doswell | VA | 23047 | | 804-876-3712 |
| All State Truck Stop | | 475 Pine St | | | Unadilla | GA | 31091 | | 478-627-3449 |
| Arrow Terminal Tulsa OK | | 4244 S Elwood Ave | | | Tulsa | OK | 74107 | | 918-445-5702 |
| AT & T | | PO Box 13148 | | | Newark | NJ | 07101-5648 | | 888-228-7455 |
| Bear Stearns Securities Corp | | 1 Metrotech Center 4th Fl | | | Brooklyn | NY | 11201 | | 917-849-2172 |
| Besco | | PO Box 3250 | | | Knoxville | TN | 37927-3250 | | 865-546-2104 |
| Billie J Haddock TN Human Rights Comm | | Cornerstone Square Bldg Ste 305 | 530 Church St | | Nashville | TN | 37243 | | 615-253-1886 |
| BlueCross BlueShield of Tennessee | Receipts Department | PO Box 180172 | | | Chattanooga | TN | 37401-7172 | | 423-755-3178 |
| Borquaye A Thomas Esq | | 199 Peters St Ste A | | | Atlanta | GA | 30313 | | |
| Bowne | | PO Box 6081 Church St Station | | | New York | NY | 10277-2706 | | 212-229-3400 |
| Calark International Incorporated | | 12024 I 30 | | | Little Rock | AR | 72210 | | 501-455-5962 |
| CalArk Terminal Laredo TX | | 4431 Pan American Blvd | | | Laredo | TX | 78045 | | 501-455-5962 |
| California Dept of EEOC | | 4800 Stockdale Hwy No 215 | | | Bakersfield | CA | 93309 | | 661-395-2972 |
| Champion TP Sheppard TX | | 9998 US Hwy 59 S | | | Sheppard | TX | 77371 | | 281-659-2535 |
| Charles Nunie Investigator | Arizona AGs Office Civil Rights Div | 400 West Congress S – 215 | | | Tucson | AZ | 85701 | | 520-628-6265 |
| Chiaphua Industries Limited | | 3/F 2 Dai Wang St | Tai Po Industrial Estate | | Taipo New Territories | | 221 | HONG KONG | 85226374345 |
| Columbia 20 Travel Center | | 7400 Wilson Blvd | | | Columbia | SC | 29203 | | 803-735-8065 |
| Communications Development | Shea Thrash | PO Box 13996 | | | Maumelle | AR | 72113 | | 501-851-0109 |
| CTV Holdings Inc | c/o PB Constructors Inc | One Penn Plaza | | | New York | NY | 10119 | | |
| Cynthia Nevarez | | 8277 Lucky | | | El Paso | TX | 79907 | | |
| Darrell Webb | | 12831 S Morgan | | | Chicago | IL | 60643 | | |
| Darryl S Laddin Esq | Arnall Golden Gregory LLP | 171 17th St NW Ste 2100 | | | Atlanta | GA | 30363-1031 | | 404-873-8121 |
| David Buchbinder | Office of the U S Trustee | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | 302-573-6497 |
| David L Johnson Esq | Miller & Martin PLLC | 150 Fourth Ave North | 1200 One Nashville Place | | Nashville | TN | 37219-2433 | | 615-256-8197 |
| Deborah Urbanski ADR Coordinator | U S E E O C Houston District Office | 1919 Smith St 7th Fl | | | Houston | TX | 77002-8049 | | 713-209-3381 |
| Debra A Wall Esq | | 133 Franklin St | | | Clarksville | TN | 37040 | | |
| Dennie Westfall Esq | CA Dept of Fair Employment & Housing & EEOC | 4800 Stockdale Hwy Ste 215 | | | Bakersfield | CA | 93309 | | 661-395-2972 |
| Derrick Truck Stop | | 1105 Peeler Rd | | | Salisbury | NC | 28146-1134 | | 704-637-7540 |
| Deshon O'Neal | | 2901 Virginia Ave Apt 46 | | | Bakersfield | CA | 93307 | | |
| Detrick Williams | | 216 Yarbrough | | | Bossier City | LA | 71111 | | |
| Digital Crossing Network LLC | | 500 W Summit Hill Dr | | | Knoxville | TN | 37902 | | 865-673-9262 |
| Dimension Graphics | | 13915 West 107th St | | | Lenexa | KS | 66215 | | 913-469-6805 |
| DLA Piper US LLP counsel to PB Constructors Inc | Ben W Prevost Esq | One Atlantic Center | 1201 West Peachtree St Ste 2800 | | Atlanta | GA | 30309-3450 | | 404-682-7800 |
| Dwight Johnson | | 2620 16th St Apt D | | | Bakersfield | CA | 93301 | | |
| E S Contractor Services LLC | Scott McDonald | 1627 Old Towne Ave | | | West Bloomfield | MI | 48324 | | 248-681-0187 |
| East Greenwich Township | | 159 Democrat Rd | | | Mickleton | NJ | 08056 | | 856-224-0296 |
| Environmental Protection Agency | c/o U S Department of Justice | PO Box 7611 | | | Washington | DC | 20044-7611 | | |
| Flying J El Paso TX | | 1104 COUNTRY HILL DR | | | Ogden | UT | 84403 | | 801-624-1587 |
| Frances Ortiz | | 4108 Greenbridge St | | | North Las Vegas | NV | 89032 | | 702-649-9512 |
| Frystown Plaza Meyerstown PA | | 2212 Camp Swatara Rd | | | Meyerstown | PA | 17067 | | 717-933-8966 |
| Getzler Henrich & Associates | Attn Karen Dundas | 295 Madison Ave 20th Fl | | | New York | NY | 10017 | | 212-697-4812 |
| Grace Commercial Properties | T Arthur Scott Jr | PO Box 4428 | | | Johnson City | TN | 37602 | | 888-224-1737 |
| Homers Truck Stop | | 306 Stamey Farm Rd | | | Statesville | NC | 28677-8326 | | |
| Home Properties Inc | | 412 N Cedar Bluff Rd | Ste 205 | | Knoxville | TN | 37923 | | 865-560-1180 |
| Hugh C Howser Jr Esq Chiaphua counsel | Miller & Martin Nashville | 150 Fourth Ave North | 1200 One Nashville Place | | Nashville | TN | 37219-2433 | | 615-256-8197 |
| Idle Arkansas Investors | c/o Dan Felton | 6 West Chestnut St | | | Marianna | AR | 72360 | | |
| Internal Revenue Service | | 31 Hopkins Plaza – Rm 1150 | | | Baltimore | MD | 22101 | | |
| James A Beakes Esq | Miller & Martin PLLC | 1200 One Nashville Place | 150 Fourth Ave North | | Nashville | TN | 37219-2433 | | 615-256-8197 |
| James Leatherwood | | 110 Connolly Rd | | | Vidor | TX | 77662 | | |
| Jefferies & Company | Harborside Financial Center | 705 Plaza 3 | | | Jersey City | NJ | 07311 | | |
| Jerry Courtney | ADC No 99118 Grimes Unit | 300 Corrections Dr | | | Newport | AR | 72112 | | 870-523-8302 |
| JJ Truck Stop DBA Als Truck Stop of Malvern Inc | | PO BOX 309 | | | Malvern | AR | 72104 | | 501-778-4909 |
| JJs Truck Stop Benton AR | | 6110 Interstate 30 | | | Benton | AR | 72015 | | 501-778-4909 |
| Jonathan Meyers | | 1400 Hood St Apt 57 | | | Arvin | CA | 93203 | | |
| Kelley Drye & Warren LLP | Attn Pamela Bruzzese Szczygiel Esq | 101 Park Ave | | | New York | NY | 10178 | | 212-808-7897 |
| KPMG Corporate Finance LLC | Attn Lori Beers | 345 Park Ave | | | New York | NY | 10154 | | 212-409-8340 |
| Lamont McKiver | | 433 Short Bluff | | | Clarksville | TN | 37040 | | |
| Larry L Sanner Esq | Indianapolis District Office | 101 West Ohio St Ste 1900 | | | Indianapolis | IN | 46204 | | 317-226-7953 |
| Laurel Properties | | 6714 Albunda Dr | | | Knoxville | TN | 37919 | | |

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country | Fax |
|---|---|---|---|---|---|---|---|---|---|
| LodgeNet Entertainment Corp | Steve Truckenmiller | 3900 W Innovation St | | | Sioux Falls | SD | 57107-7002 | | 605-988-1323 |
| Loves No 214 El Paso TX | | 1302 Horizon Blvd | | | El Paso | TX | 79926 | | 915-852-2370 |
| Loves No 223 Ripon CA | | 1553 West Colony Rd Ste B | | | Ripon | CA | 95366 | | 209-599-3680 |
| Markley Streeper | | 8426 E Noel Rd | | | Wilcox | AZ | 85643 | | |
| Marsha Miles | | 407 Roosevelt St | | | Gary | IN | 46404 | | |
| Myron Byas | | 650 Santana Dr Apt 302 | | | Harrisburg | PA | 17109 | | |
| Nancy Younger & Estate of William Younger | c/o Don A Russo Esq | DON RUSSO P A | 7990 Red Rd | | Miami | FL | 33143 | | 305-665-7146 |
| Natalie Baxter Esq | PA Human Relations Comm | 1101 1125 South Front St 5th Fl | | | Harrisburg | PA | 17104-2515 | | |
| Nevada Equal Rights Commission | | 1515 East Tropicana Ave No 590 | | | Las Vegas | NV | 89119 | | 702-486-7054 |
| New Mexico Human Rights Div | | 1596 Pacheco St | | | Santa Fe | NM | 87505-3979 | | 505-827-6878 |
| PB Constructors Inc | c/o Parsons Brinckerhoff Inc | One Penn Plaza | | | New York | NY | 10119 | | 212-465-5096 |
| Rambo Enterprises DBA Conoco Travel Plaza | | 12603 SW Fwy Ste 260 | | | Stafford | TX | 77477 | | |
| Realty Investment Services | | 5731 Lyons View Pike | Ste 220 | | Knoxville | TN | 37919 | | 865-450-8953 |
| Ronnie Trillo | | PO Box 542 | | | Moriarty | NM | 87035 | | |
| Ropes & Gray LLP | Attention Mark R Somerstein Esq | 1211 Ave of the Americas | | | New York | NY | 10036-8704 | | 646-728-1663 |
| Ropes & Gray LLP | Attn Mark R Somerstein | 1211 Ave of the Americas | | | New York | NY | 10036-8704 | | 646-728-1663 |
| Sapp Bros Salt Lake City UT | | 1440 S Industrial Rd | | | Salt Lake City | UT | 84104 | | 801-977-3939 |
| Sarah L Smith Esq | U S E E O C | 50 Vantage Way Ste 202 | | | Nashville | TN | 37728 | | 615-736-2107 |
| Secretary of State | Division of Corporations Franchise Tax | PO Box 7040 | | | Dover | DE | 19903 | | |
| Secretary of Treasury | | PO Box 7040 | | | Dover | DE | 19903 | | |
| Securities & Exchange Commission | Mark Schonfeld Regional Director | 3 World Financial Center Rm 4300 | | | New York | NY | 10281 | | |
| Securities & Exchange Commission | | 100 F St NE | | | Washington | DC | 20549 | | |
| Sheryl Turner Esq | U S E E O C Indianapolis Dist Office | 101 West Ohio St Ste 1900 | | | Indianapolis | IN | 46204 | | 317-226-7953 |
| Siamak Kohanoff Pluto Inc | d/b/a Bruces Bakersfield Truck Stop | 8311 East Brundage Ln | | | Bakersfield | CA | 93307 | | |
| Silveridge Auto & Truck Plaza Inc | | PO Box 448 | | | Mountainburg | AR | 72946 | | |
| Soraya Yanar Hanshew Esq | Texas RioGrande Legal Aid El Paso Office | 1331 Texas Ave | | | El Paso | TX | 79901 | | 915-544-3789 |
| Space Connections | | 2903 Hwy 411 N | | | Madisonville | TN | 37354 | | 423-442-6516 |
| Sparks Technology Inc | Carrie Kirkpatrick | PO BOX 1339 | | | St Charles | IL | 60174 | | 630-482-3606 |
| State St Bank & Trust | | 1776 Heritage Dr | | | North Quincy | MA | 02171 | | 617-537-1244 |
| Stephen S Gray | CRG Partners Group LLC | 2 Atlantic Ave | | | Boston | MA | 02110 | | |
| Stock Creek Properties Partnership | | 3204 Regal Dr | | | Alcoa | TN | 37701 | | |
| Sullivan Hazeltine Allinson LLC | Attn William D Sullivan Esq | 4 East 8th St Ste 400 | | | Wilmington | DE | 19801 | | 302-428-8195 |
| Telethia Griffin | | 1887 Hemming Way | | | Lithonia | GA | 30038 | | |
| The Tennessean Truckstop | | 3686 Pulaski Hwy | | | Cornersville | TN | 37047 | | 931-293-2149 |
| Thomas Olson Esq | McKirdy & Riskin | PO Box 2379 | | | Morristown | NJ | 07962-2379 | | 973-984-5529 |
| U S Department of Transportation | | 1200 New Jersey Ave SE | | | Washington | DC | 20590 | | |
| U S E E O C | New Orleans Field Office | 1555 Poydras St Ste 1900 | | | New Orleans | LA | 70112 | | 504-595-2884 |
| U S Securities & Exchange Commission | | 701 Market St Ste 2000 | | | Philadelphia | PA | 19106 | | |
| Uncle Petes/Hollingsworth Oil NFEC INC | | PO BOX 1298 | | | Lebanon | TN | 37088 | | |
| United Parcel Service | | Lockbox 577 | | | Carol Stream | IL | 60132-0577 | | 559-553-1740 |
| United Rentals Northwest Inc | Sharon Martorana | 2138 Espey Court | | | Crofton | MD | 21114 | | 410-451-1132 |
| Verizon Business | | PO Box 371873 | | | Pittsburgh | PA | 15250-7873 | | 866-836-1256 |
| Victoria Hearon | | 13280 Hickory Creek Rd | | | Lenoir City | TN | 37771 | | 612-667-9825 |
| Wells Fargo Bank National Association | Attention Corporate Trust Department | MAC – N9303 120 – IdleAire Administrator | Sixth St & Marquette Ave | | Minneapolis | MN | 55479 | | 612-667-9825 |
| Wells Fargo Bank National Association | Attention Nick D Tally MAC N9303 120 | Sixth & Marquette | | | Minneapolis | MN | 55479 | | 612-667-9825 |
| Wells Fargo Bank National Association | Attention Nick D Tally N9311 110 | 625 Marquette | | | Minneapolis | MN | 55479 | | |
| White Realty & Service Corporation | | PO Box 10028 | | | Knoxville | TN | 37939 | | |
| Williams & Anderson PLC | Attn Paul W Hoover Jr Esq | Stephens Building | Twenty Second Fl | 111 Center St | Little Rock | AR | 72201 | | 501-372-6453 |
| Young Conaway Stargatt & Taylor LLP | Attn Robert S Brady Esq M Blake Cleary Esq | 1000 West St 17th Fl | | | Wilmington | DE | 19801 | | 302-576-3283 302-576-3287 |

# **EXHIBIT C**

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 5th 3rd | | PO Box 630900 | | | Cincinnati | OH | 45263-0900 | |
| Bank Of America | | 550 W  Main St | | | Knoxville | TN | 37902 | |
| Chase | | PO Box 260180 | | | Baton Rouge | LA | 70826-0180 | |
| CitiBank | | PO Box 769013 | | | SanAntonio | TX | 78245-9013 | |
| Community Bank | | PO Box 357 | | | Carmichaels | PA | 15320 | |
| Cornerstone | | 529 Lincoln Ave | | | York | NE | 68467-0039 | |
| First National Bank | | 7012 Buffalo Rd | | | Harborcreek | PA | 16421 | |
| HSBC | | | | | Bronx | NY | | |
| M&T | | 643 E Baltimore St | | | Greencastle | PA | 17225 | |
| Merrill Lynch | | 800 S Gay St Ste 2200 | | | Knoxville | TN | 37929 | |
| Peoples Bank | | 100 N Main St | | | Brownstown | IN | 47220 | |
| Regions | | 8351 E Walker Springs Ln | | | Knoxville | TN | 37923 | |
| S&T | | PO Box 190 | | | Indiana | PA | 15701 | |
| SunTrust | | 7610 Gleason Dr 2nd Fl | | | Knoxville | TN | 37919 | |
| SunTrust | | 7610 Gleason Dr 2nd Fl | | | Knoxville | TN | 37919 | |
| SunTrust CD | 5314502v1 | 7610 Gleason Dr 2nd Fl | | | Knoxville | TN | 37919 | |
| UBS PaineWebber | | 1000 Harbor Blvd | | | Weehawken | NJ | 07086-6790 | |
| US Bank | | 100 Commerce St | | | Bryant | AR | 72022 | |
| Wachovia | | 8351 E Walker Springs Ln Ste 400 | | | Knoxville | TN | 37923 | |
| Wells Fargo | | 3100 West End Ave Ste 530 | | | Nashville | TN | 37203 | |
| Wells Fargo Investment | | 3100 West End Ave Ste 530 | | | Nashville | TN | 37203 | |
| Woodforest | | 831 HWY 59 South | | | Cleveland | TX | 77327 | |

# **EXHIBIT D**

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|
| AEP 24002 Ohio Power | | PO Box 24002 | | | Canton | OH | 44701-4002 | |
| AEP 24406 Wheeling Power | | PO Box 24406 | | | Canton | OH | 44701-4406 | |
| AEP 24413 24415 Appalachian Power | | PO Box 24413 | | | Canton | OH | 44701-4413 | |
| AEP 24421 Public Service Company of OK | | PO Box 24421 | | | Canton | OH | 44701 | |
| AEP 24422 Southwestern Electric Power | | PO Box 24422 | | | Canton | OH | 44701 | |
| Alabama Power | | PO Box 242 | | | Birmingham | AL | 35292 | |
| ALLEGHENY POWER | | 800 Cabin Hill Dr | | | Greensburg | PA | 15606 | |
| ALLEGHENY POWER ACCT NUMBERS 1 | | 800 Cabin Hill Dr | | | Greensburg | PA | 15606 | |
| AmBridge Energy | | DEPT 513 | | | Houston | TX | 77210-4348 | |
| Ameren CIPS 66875 | | PO Box 66875 | | | St Louis | MO | 63166-6875 | |
| Ameren CIPS 66878 | | PO Box 66878 | | | St Louis | MO | 63166 | |
| Ameren UE 66301 | | PO Box 66301 | | | St Louis | MO | 63166-6301 | |
| AmerenIP | | PO BOX 66884 | | | St Louis | MO | 63166-6884 | |
| APS Arizona Public Service | | PO BOX 2906 | | | Phoenix | AZ | 85062-2906 | |
| Aquila Inc | | PO BOX 4649 | | | Carol Stream | IL | 60197-4649 | |
| Atlantic City Electric 4875 | | PO Box 4875 | | | Trenton | NJ | 08650-4875 | |
| BGE Baltimore Gas & Electric | | PO Box 13070 | | | Philadelphia | PA | 19101-3070 | |
| Callaway Electric Cooperative | | PO Box 250 | | | Fulton | MO | 65251 | |
| Cass County Electric Cooperative | | PO Box 11118 | | | Fargo | ND | 58106-1118 | |
| Central Georgia EMC elec | | 923 South Mulberry St | | | Jackson | GA | 30233-2398 | |
| Central Hudson Gas & Electric Co | | 284 South Ave | | | Poughkeepsie | NY | 12601-4839 | |
| Central New Mexico Electric Cooperative | | PO Box 669 | | | Moriarty | NM | 87035-0669 | |
| Champion Energy Services 4190 | | PO BOX 4190 | | | Houston | TX | 77210-4190 | |
| City of Alcoa Utilities TN | | PO Box 9610 | | | Alcoa | TN | 37701 | |
| City of Weatherford TX | | PO Box 255 | | | Weatherford | TX | 76086 | |
| City of West Memphis AR | | PO Box 1868 | | | West Memphis | AR | 72303 | |
| Com Ed | | Bill Payment Center | | | Chicago | IL | 60668-0001 | |
| Constellation NewEnergy TX | | PO BOX 840159 | | | Dallas | TX | 75284-0159 | |
| Continental Divide Electric Cooperative | | PO Box 1087 | | | Grants | NM | 87020-1087 | |
| CPS Energy | | PO Box 2678 | | | San Antonio | TX | 78289-0001 | |
| Dayton Power & Light | | PO Box 1247 | | | Dayton | OH | 45401-1247 | |
| DELMARVA POWER DE MD VA 17000 | | PO Box 17000 | | | Wilmington | DE | 19886 | |
| DTE Energy 2859 67 069a | | PO Box 2859 | | | Detroit | MI | 48260 | |
| Duke Energy 70516 | | PO Box 70516 | | | Charlotte | NC | 28272-0516 | |
| Duke Energy 9001076 | | PO BOX 9001076 | | | Louiseville | KY | 40290-1076 | |
| El Paso Electric Company | | PO Box 20982 | | | El Paso | TX | 79998-0982 | |
| Electrical District No 4 | | PO Box 605 | | | Eloy | AZ | 85231 | |
| Entergy Arkansas Inc 8101 | | PO BOX 8101 | | | BATON ROUGE | LA | 75284-8101 | |
| Entergy Louisiana Inc 8108 | | PO BOX 8108 | | | Baton Rouge | LA | 70891-8108 | |
| Entergy Mississippi Inc 8105 | | PO BOX 8105 | | | Baton Rouge | LA | 70891-8105 | |
| Entergy Texas Inc 8104 | | PO BOX 8104 | | | Baton Rouge | LA | 70891-8104 | |
| Farmers Electric Coop Inc NM | | PO Box 550 | | | Clovis | NM | 88102 | |

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Freeborn Mower Cooperative Services | | PO Box 571 | | | Albert Lea | MN | 56007-0571 | |
| Georgia Power | | 96 Annex | | | Atlanta | GA | 30396 | |
| Imperial Irrigation District CA | | PO BOX 937 | | | Imperial | CA | 92251-0937 | |
| Inland Power & Light | | PO Box 4688 | | | Spokane | WA | 99202-0688 | |
| Jersey Central Power & Light | | PO BOX 3687 | | | Akron | OH | 44309-3687 | |
| KUB Knoxville Utilities Board | | PO Box 59017 | | | Knoxville | TN | 37950-9017 | |
| Lenoir City Utilities Board LCUB | | PO Box 449 | | | Lenoir City | TN | 37771 | |
| Medina Electric Cooperative Inc | | PO Box 640 | | | Hondo | TX | 78861-0640 | |
| Meriwether Lewis Electric Cooperative | | PO Box 240 | | | Centerville | TN | 37033 | |
| Met Ed 3687 | | PO Box 3687 | | | Akron | OH | 44309-3687 | |
| Microcerv | | 3105 J Alcoa Hwy | | | Knoxville | TN | 37920 | |
| Mohave Electric Cooperative | | PO Box 2000 | | | Bullhead City | AZ | 86430 | |
| Nashville Electric Service | | 1214 Church St | | | Nashville | TN | 37246-0003 | |
| Nebraska Public Power District | | PO BOX 2860 | | | Omaha | NE | 68103-2860 | |
| Nevada Power Company | | PO BOX 30086 | | | Reno | NV | 89520-3086 | |
| New Braunfels Utilities TX | | PO Box 310289 | | | New Braunfels | TX | 78131 | |
| NIPSCO Northern Indiana Public Serv Co | | PO Box 13007 | | | Merrillville | IN | 46411-3007 | |
| Nolin Rural Electric Cooperative | | 411 RING RD | | | Elizabethtown | KY | 42701 | |
| Norris Electric Cooperative | | PO Box 6000 | | | Newton | IL | 62448 | |
| North Little Rock Electric | | PO Box 936 | | | North Little Rock | AR | 72115 | |
| Ohio Edison | | PO Box 3637 | | | Akron | OH | 44309-3637 | |
| Oklahoma Gas & Electric Service OG & E | | PO Box 24990 | | | Oklahoma City | OK | 73124-0990 | |
| Pacific Gas & Electric | | PO BOX 997300 | | | SACRAMENTO | CA | 95899-7300 | |
| Pacific Power Rocky Mountain Power | | 1033 NE 6th Ave | | | Portland | OR | 97256-0001 | |
| Penelec 3687 | | PO Box 3687 | | | Akron | OH | 44309-3687 | |
| Piedmont Electric Membership Corporation | | PO Box 1469 | | | Hillsborough | NC | 27278-1469 | |
| PNM Electric & Gas Services | | PO BOX 349 | | | Alburquerque | NM | 87103 | |
| Portland General Electric PGE | | PO Box 4438 | | | Portland | OR | 97208-4438 | |
| PPL Utilities Allentown 25222 | | 2 North 9th St | | | Allentown | PA | 18101 | |
| Prescott Water and Light Plant | | PO Box 676 | | | Prescott | AR | 71857 | |
| Progress Energy Florida Power Corp | | PO Box 33199 | | | St Petersburg | FL | 33733-8199 | |
| PSE & G Public Service Elec & Gas Co | | PO Box 14106 | | | New Brunswick | NJ | 08906-4106 | |
| Rappahannock Electric Coop | | PO BOX 34849 | | | Alexandria | VA | 22334-0849 | |
| South Central Power CO OH | | PO BOX 2001 | | | Lancaster | OH | 43130-6201 | |
| Southern California Edison | Attn Accounts Receivable | PO Box 600 | | | Rosemead | CA | 91771-0001 | |
| Strategic Energy 643249 | | PNC BANK LOCKBOX 643249 | | | Pittsburgh | PA | 15219 | |
| Sulphur Springs Valley Elec Coop | | PO Box 52788 | | | Phoenix | AZ | 85072-2788 | |
| Sumter Electric Cooperative Inc FL | | PO Box 301 | | | Sumterville | FL | 33585 | |
| Toledo Edison 3638 | | PO Box 3638 | | | Akron | OH | 44309-3638 | |
| Tri County Electric Cooperative Inc IL | | PO Box 309 | | | Mount Vernon | IL | 62864-0008 | |
| Tri County Electric Cooperative TX | | PO Box 961032 | | | Fort Worth | TX | 76161-0032 | |
| Verizon | | PO Box 660108 | | | Dallas | TX | 75266-0108 | |

# IdleAire Technologies Corporation
## Utilities Service List

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|
| Washington St Tammany Electric LA | | PO Box N | | | Franklinton | LA | 70438 | |
| XCEL Energy Public Service Company of CO | | PO Box 9477 2200 | | | Minneapolis | MN | 55484-9477 | |
| XCEL Energy Southwestern Public Service | | PO Box 9477 | | | Minneapolis | MN | 55484-9477 | |

# EXHIBIT E

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|
| Alabama Dept of Revenue | S&U and Business Tax Division | 50 N Ripley St | | | Montgomery | AL | 36132 | |
| Alabama Dept of Revenue | Business Privilege Tax Section | PO Box 327431 | | | Montgomery | AL | 36132-7431 | |
| Arizona Dept of Revenue | Collections | PO Box 29010 | | | Phoenix | AZ | 85038-9010 | |
| Arizona Dept of Revenue | | PO Box 29079 | | | Phoenix | AZ | 85038-9079 | |
| Arizona Dept of Revenue | Collections Division | PO Box 29070 | | | Phoenix | AZ | 85038-9070 | |
| Arkansas Dept of Finance | S&U Tax Division | PO Box 8092 | | | Little Rock | AR | 72203-8092 | |
| Arkansas Secretary of State | Business & Commercial Services Division | PO Box 8014 | | | Little Rock | AR | 72203-8014 | |
| Caddo Parish City of Shreveport | Sales & Use Tax Commission | PO Box 104 | | | Shreveport | LA | 71161 | |
| California Board of Equalization | Sales Tax Division | PO Box 942879 | | | Sacramento | CA | 94279-8041 | |
| California Board of Equalization | Excise Taxes & Fees Division | PO Box 942879 | | | Sacramento | CA | 94279-6001 | |
| California Franchise Tax Board | | PO Box 942857 | | | Sacramento | CA | 94257-0551 | |
| Cecil County | Pamela Howard Treasurer | 200 Chesapeake Blvd Ste 1100 | | | Elkton | MD | 21921 | |
| City Council of Baltimore MD | Collection Division | 200 Holliday St | | | Baltimore | MD | 21202 | |
| City of Atlanta | General Business License | PO Box 932053 | | | Atlanta | GA | 31193-2053 | |
| City of Hammond | Business License | PO Box 2788 | | | Hammond | LA | 70404-2788 | |
| City of Knoxville | Revenue Office | PO Box 15001 | | | Knoxville | TN | 37901-5001 | |
| City of Lake Station | Business License | 3701 Fairview Ave | | | Lake Station | IN | 46405 | |
| City of Montgomery | c/o Compass Bank | PO Box 830469 | | | Birmingham | AL | 35283-0469 | |
| City of Moriarty | Business License | PO Box 130 | | | Moriarty | NM | 87035 | |
| City of Santa Rosa | Business License | PO Box 429 | | | Santa Rosa | NM | 88435 | |
| City of Shreveport | Revenue Division | PO Box 30168 | | | Shreveport | LA | 71130-0168 | |
| City of Slidell | Business License | PO Box 828 | | | Slidell | LA | 70459 | |
| Colorado Dept of Revenue | | | | | Denver | CO | 80261-0004 | |
| Commerce City | Tax Division | 7887 E 60th Ave | | | Commerce City | CO | 80022-4199 | |
| Comptroller of Maryland | Revenue Administration Division | PO Box 17405 | | | Baltimore | MD | 21297-1405 | |
| County of Botetourt | Commissioner of the Revenue | PO Box 128 | | | Fincastle | VA | 24090-0128 | |
| County of Coweta | Business License | 22 East Broad St | | | Newnan | GA | 30264 | |
| Davidson County | Metropolitan Trustee Personalty Tax Dept | PO Box 196358 | | | Nashville | TN | 37219-6358 | |
| Florida Dept of Revenue | | 5050 W Tennessee St | | | Tallahassee | FL | 32399-0125 | |
| Georgia Dept of Revenue | | PO Box 105296 | | | Atlanta | GA | 30348-5296 | |
| Georgia Dept of Revenue | Processing Center | PO Box 740317 | | | Atlanta | GA | 30374-0317 | |
| Grainger County | County Clerk | PO Box 116 | | | Rutledge | TN | 37861-0116 | |
| Howard County | Dept of Finance Bus Tax Div | 3430 Court House Dr | | | Ellicott City | MD | 21043 | |
| Humphreys County | County Trustee | PO Box 641 | | | Waverly | TN | 37185 | |
| Illinois Dept of Revenue | Retailers Occupation Tax | | | | Springfield | IL | 62796-0001 | |
| Indiana Dept of Revenue | | PO Box 1028 | | | Indianapolis | IN | 46206-1028 | |
| Kentucky Dept of Revenue | Division of Sales & Use Tax | PO Box 181 | Station 66 | | Frankfort | KY | 40602-0181 | |
| Kentucky Dept of Revenue | Division of Sales & Use Tax | PO Box 181 | Station 67 | | Frankfort | KY | 40602-0181 | |
| Kentucky Dept of Revenue | Kentucky State Treasurer | | | | Frankfort | KY | 40620 | |
| Knox County | Fred Sisk Knox County Trustee | PO Box 70 | | | Knoxville | TN | 37901 | |
| Louisiana Dept of Revenue | | PO Box 201 | | | Baton Rouge | LA | 70821-0201 | |

| Name | Notice Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|------|-------------|-----------|-----------|-----------|------|-------|-----|---------|
| Louisiana Dept of Revenue | | PO Box 3550 | | | Baton Rouge | LA | 70821-3550 | |
| Merced County | Dept of Commerce Aviation & Economic Dev | 2507 Heritage Dr | | | Atwater | CA | 95301 | |
| Michigan Dept of Treasury | State of Michigan | Dept 77003 | | | Detroit | MI | 48277-0003 | |
| Minnesota Dept of Revenue | | Mail Station 6330 | | | St Paul | MN | 55146-6330 | |
| Minnesota Revenue | | Mail Station 1765 | | | St Paul | MN | 55145-1765 | |
| Mississippi Tax Commission | | PO Box 960 | | | Jackson | MS | 39205-0960 | |
| Mississippi Tax Commission | Office of Revenue | PO Box 23050 | | | Jackson | MS | 39225-3050 | |
| Missouri Dept of Revenue | Taxation Bureau | PO Box 3390 | | | Jefferson City | MO | 65105-3390 | |
| Missouri Dept of Revenue | Director of Revenue | PO Box 3365 | | | Jefferson City | MO | 65105-3365 | |
| Montgomery County | Tax & Audit Dept | PO Box 4779 | | | Montgomery | AL | 36103-4779 | |
| Nevada Dept of Taxation | | PO Box 52609 | | | Phoenix | AZ | 85072-2609 | |
| Nevada Dept of Taxation | State of Nevada AR Payments | PO Box 52685 | | | Phoenix | AZ | 85072 | |
| New Jersey Div of Taxation | Sales & Use Tax Division | PO Box 281 | | | Trenton | NJ | 08695-0281 | |
| New Mexico Dept of Taxation | | PO Box 25128 | | | Santa Fe | NM | 87504-5128 | |
| New Mexico Dept of Taxation | Revenue Dept | PO Box 25127 | | | Santa Fe | NM | 87504-5127 | |
| New York Dept of Taxation | NYS Sales Tax Processing JAF Bldg | PO Box 1205 | | | New York | NY | 10116-1205 | |
| New York State Corporation Tax | Processing Unit | PO Box 22094 | | | Albany | NY | 12201-2094 | |
| North Carolina Dept of Revenue | | PO Box 25000 | | | Raleigh | NC | 27640-0700 | |
| North Carolina Dept of Revenue | | PO Box 25000 | | | Raleigh | NC | 27640-0520 | |
| North Dakota Tax Commissioner | Sales & Withholding Taxes | 600 E Blvd Ave Dept 127 | | | Bismarck | ND | 58505-0599 | |
| Ohio Dept of Taxation | State Treasurer | PO Box 16560 | | | Columbus | OH | 43216-6560 | |
| Ohio Dept of Taxation | State Treasurer | PO Box 16561 | | | Columbus | OH | 43216-6561 | |
| Oklahoma Tax Commission | | PO Box 26930 | | | Oklahoma City | OK | 73126-0930 | |
| Oklahoma Tax Commission | Franchise Tax | PO Box 26930 | | | Oklahoma City | OK | 73126-0930 | |
| Oregon Dept of Revenue | | PO Box 14780 | | | Salem | OR | 97309-0469 | |
| Parker County | Linebarger Goggan Blair & Sampson LLP | 309 W 7th St Ste 1300 | | | Ft Worth | TX | 76102 | |
| Pennsylvania Dept of Revenue | PA Dept of Revenue | Dept 280406 | | | Harrisburg | PA | 17128-0406 | |
| South Carolina Dept of Revenue | SC Dept of Revenue | PO Box 125 | | | Columbia | SC | 29214 | |
| St Tammany Parish | Tax Collector | PO Box 808 | | | Slidell | LA | 70459-0808 | |
| State of New Jersey Corp Taxation | Revenue Processing Center | PO Box 666 | | | Trenton | NJ | 08646-0666 | |
| Tangipahoa Parish | Sales Tax Division | PO Box 159 | | | Amite | LA | 70422-0159 | |
| Tennessee Dept of Revenue | Stephanie Huard Tax Enforcement Div | PO Box 378 | | | Knoxville | TN | 37901-0378 | |
| Tennessee Dept of Revenue | Andrew Jackson State Office Bldg | 500 Deaderick St | | | Nashville | TN | 37242 | |
| Texas Comptroller | Public Accounts | PO Box 149359 | | | Austin | TX | 78714-9359 | |
| Tuscaloosa County | Special Tax Board | PO Box 20738 | | | Tuscaloosa | AL | 35402-0738 | |
| Utah Tax Commission | Sales Tax | 210 N 1950 W | | | Salt Lake City | UT | 84134-0400 | |
| Utah Tax Commission | Corporation Franchise Tax Pmt | 210 N 1950 W | | | Salt Lake City | UT | 84134-0180 | |
| Village of Milan | Business License | PO Box 2727 | | | Milan | NM | 87021 | |
| Virginia Dept of Taxation | | PO Box 1777 | | | Richmond | VA | 23218-1777 | |
| York County | County Treasurer Brenda Scavo | 510 N Lincoln Ave | | | York | NE | 68467-0000 | |