Schedule 1

**POTENTIAL PARTIES IN INTEREST**
**(information available as of 5/8/2008)**

**20 Largest Unsecured Creditors**

1. Wells Fargo Bank, N.A. (as Indenture Trustee, Administrative Agent for Holders of 13% Senior Secured Discount Notes)

2. PB Constructors, Inc.

3. KPMG Corporate Finance LLC

4. Getzler Henrich & Associates

5. BlueCross BlueShield of Tennessee

6. Advantage IQ Inc.

7. Verizon Business

8. Space Connections

9. Bowne

10. LodgeNet Entertainment Corp.

11. Communications Development

12. AT&T

13. Besco

14. Dimension Graphics

15. Grace Commercial Properties

16. United Rentals Northwest Inc.

17. E.S. Contractor Services LLC

18. United Parcel Service

19. Sparks Technology Inc.

20. AT&T Long Distance

**Holders of Secured Claims**

1. Wells Fargo Bank, N.A. (as Indenture Trustee, Administrative Agent for Holders of 13% Senior Secured Discount Notes)

2. Wells Fargo Bank, N.A. (as Collateral Agent under Credit Agreement)

**Bondholders/DIP Lenders**

1. Airlie Opportunity Master Fund, Ltd.

2. Kenmont Special Opportunities Master Fund, L.P.

3. Miesque Fund Limited

4. SV Special Situations Master Fund Ltd

5. Pierce Diversified Trading Strategy Fund LLC

6. Whitebox Hedged High Yield Partners, LP

7. Wilfrid Aubrey Growth Fund, L.P.

8. Wilfrid Aubrey International Limited

**Current Members of the Board of Directors**

1. Michael C. Crabtree - President, Chief Executive Officer and Director

2. David Everhart – Director

3. Lana Batts – Director

4. Dan H. Felton III – Director

5. Steve Kirkham – Director

6. Lewis Frazer III – Director

7.	Thomas (Mack) McLarty – Director

**Current Management Team**

1.	Michael C. Crabtree - President and Chief Executive Officer
2.	Paul W. Boyd - Chief Financial Officer and Treasurer
3.	James H. Price - Sr. VP, General Counsel
4.	Lynn Youngs - Chief Operating Officer
5.	Lori Noll - Chief Accounting Officer
6.	Jon Duren - Chief Technology Officer
7.	Jim Hannah - Sr. VP, Technology
8.	Susan Brown - VP, Operations
9.	John Knight - VP, Construction
10.	David Lopater - VP, Human Resources
11.	Carmen Monoco - VP, Marketing
12.	Heidi Timmerman - VP, Supply Chain
13.	David Rose - VP, Software Development

**Corporate Site Lessors**

1.	Grace Commercial Properties #3, LP
2.	640 Business Park c/o Blue Ridge Development
3.	White Realty & Service Corporation
4.	Horne Properties, Inc.
5.	Digital Crossing Network LLC
6.	Stock Creek Properties Partnership

7. Laurel Properties

**Travel Site Lessors**

1. TA Operating Corporation

2. Travel Centers of America

3. Petro Stopping Centers L.P.

4. Pilot Travel Centers LLC

5. All American T/P - Doswell, VA

6. All State Truck Stop

7. Arrow Terminal - Tulsa, OK

8. Siamak Kohanoff Pluto, Inc DBA Bruces Bakersfield Truck Stop

9. Calark International Incorporated

10. Champion TP - Sheppard, TX

11. Columbia 20 Travel Center

12. Rambo Enterprises DBA Conoco Travel Plaza

13. Derrick Truck Stop

14. Flying J - El Paso, TX

15. Frystown Plaza, Meyerstown, PA

16. Homers Truck Stop

17. JJ's Truck Stop

18. Roadside Truck Plaza Inc.

19. Loves #214 - El Paso, TX

20. Loves #223 - Ripon, CA

21. Sapp Bros. - Salt Lake City, UT

22. Silverridge Auto and Truck Plaza Inc.

23. The Tennessean Truckstop

24. Uncle Pete's/Hollingsworth Oil NFEC INC

**Equity Holders-10% or more on a fully diluted basis**

1. Jefferies & Company

2. Bear Stearns Securities Corp.

3. State Street Bank & Trust

4. Idle Arkansas Investors

5. Parsons Brinckerhoff Infrastructure Development Company

6. CTV Holdings, Inc.

7. PB Constructors, Inc.

**U.S. Trustee's Office-Region 3**

1. Roberta A. DeAngelis

2. Andrew R. Vara

3. Joseph S. Sisca

4. Anne K. Fiorenza

5. Frederic J. Baker

6. Martha Hildebrandt

7. Linda P. Logan

8. David Buchbinder

9. William K. Harrington

10. Mark Kenney

11. Jane Leamy

12. Joseph McMahon

13. Richard Schepacarter

**Other Parties in Interest**

1. Holland & Knight LLP

2. Sullivan Hazeltine Allinson LLC

3. Stephen S. Gray

4. CRG Partners Group LLC

5. Gordian Group, LLC

6. Williams & Anderson PLC

# 5299121_v2