# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
|  | ) |  |
| IDLEAIRE TECHNOLOGIES CORPORATION, | ) ) | Case No. 08-10960 (KG) |
|  | ) |  |
| Debtor. | ) ) |  |

## NOTICE OF APPEARANCE AND
## DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Skadden, Arps, Slate, Meagher & Flom LLP, hereby enters its appearance as counsel to TravelCenters of America LLC ("TravelCenters"), pursuant to Bankruptcy Rules 2002, 9007 and 9010 and 11 U.S.C. § 1109(b), and demands that all notices and pleadings given or filed in these cases be given and served upon each of the following:

>Anthony W. Clark, Esq.
>Robert S. Saunders, Esq.
>Christopher S. Chow, Esq.
>Skadden, Arps, Slate, Meagher
>    & Flom LLP
>One Rodney Square
>P.O. Box 636
>Wilmington, Delaware 19899-0636
>(302) 651-3000 (telephone)
>(302) 651-3001 (facsimile)
>cchow@skadden.com (email)

PLEASE TAKE FURTHER NOTICE THAT, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and

whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE THAT, this Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of TravelCenters' right (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceeding so triable herein or any case, controversy, or proceeding related to hereto, (3) to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which TravelCenters is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are reserved and preserved unto TravelCenters, without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation by TravelCenters or their counsel in this bankruptcy case.

Dated: Wilmington, Delaware
 May 16, 2008

 /s/ Christopher S. Chow
Anthony W. Clark (I.D. No. 2051)
Christopher S. Chow (I.D. No. 4172)
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
Counsel for TravelCenters of America LLC