# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 08-10960 (KG) |
| IDLEAIRE TECHNOLOGIES CORPORATION, | ) | Related Docket No. 19 |
| | ) | **Hearing Date: June 9, 2008 @ 2:00 p.m.** |
| Debtor. | ) | **Obj. Deadline: June 2, 2008 @ 4:00 p.m.** |

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that on May 12, 2008, debtor IdleAire Technologies Corporation (the "Debtor") filed its Application for Order Authorizing Debtor to Retain and Employ CRG Partners Group LLC as Crisis Managers and Designate Steven Gray as Debtor's Chief Restructuring Officer *Nunc Pro Tunc* to the Petition Date (the "Application", D.I. 19). A copy of the Application may be obtained at no charge at www.kccllc.net/idleaire.

**PLEASE TAKE FURTHER NOTICE** that objections to the Application (the "Objections"), if any, must be filed with the Bankruptcy Court on or before June 2, 2008 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline"). Any Objection must also be served so that it is <u>actually received</u> on or before the Objection Deadline upon the following: (i) IdleAire Technologies Corporation, 410 N. Cedar Bluff Road, Suite 200, Knoxville, TN 37923 (Attn: Chief Restructuring Officer); (ii) Holland & Knight, 10 St. James Avenue, 11th Floor, Boston, MA 02116 (Attn: John J. Monaghan, Esq. (john.monaghan@hklaw.com)); Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801, Attn: William D. Sullivan (bsullivan@sha-llc.com), counsel to the Debtor; (iii) Akin Gump Strauss Hauer & Feld LLP, 590 Madison Avenue, New York, NY 10022 (Attn: Michael S. Stamer, Esq. (mstamer@akingump.com) and Scott Alberino, Esq. (salberino@akingump.com)), counsel to the Majority Secured Noteholder Group and DIP Lenders; (iv) Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 (Attn: Mark R. Somerstein, Esq. (mark.somerstein@ropesgray.com)), counsel to the DIP Agent; (v) Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178 (Attn: Jennifer Christian, Esq. (jchristian@kelleydrye.com), counsel to the Indenture Trustee; (vi) the Office of the United States Trustee, J. 844 King Street, Suite 2207,

1

Lockbox 35, Wilmington, DE 19081 (Attn: David L. Buchbinder, Esq.

(David.L.Buchbinder@usdoj.gov)) and (vii) counsel to any official committee appointed in the Debtor's case.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on June 9, 2008 at 2:00 p.m., prevailing Eastern Time. The hearing will take place before the Honorable Kevin Gross at the U.S. Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware.

**PLEASE TAKE FURTHER NOTICE** that IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Date: May 16, 2008
Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

/s William A. Hazeltine
William D. Sullivan (Del. No. 2820)
William A. Hazeltine (Del. No. 3294)
Elihu E. Allinson, III (Del. No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

-and-

John J. Monaghan, Esq.
Lynne B. Xerras, Esq.
Diane N. Rallis, Esq.
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

*Proposed Attorneys for the Debtor and Debtor-in-Possession*