**IN RE** IdleAire Technologies Corporation      Case No. **08-10960**
                                    Debtor(s)                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **See attached Exhibit B-2(i) -- Unrestricted Accounts** | | **1,334,683.64** |
| | | **See attached Exhibit B-2(ii) -- Restricted Accounts** | | **1,401,195.12** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Cash deposits - various utility companies - estimated** | | **57,110.83** |
| | | **Prepayment for legal services - Duane Morris LLP** | | **25,000.00** |
| | | **Retainers held by professionals - Akin Gump Strauss Hauer & Feld LLP** | | **300,000.00** |
| | | **Retainers held by professionals - CRG Partners Group** | | **100,000.00** |
| | | **Retainers held by professionals - Holland & Knight LLP** | | **300,000.00** |
| | | **Retainers held by professionals - Kurtzman Carlson Consultants** | | **50,000.00** |
| | | **Retainers held by professionals - Williams & Anderson PLC** | | **42,743.25** |
| | | **Security deposit -- All American Plazas of Doswell (Doswell, VA site)** | | **2,988.76** |
| | | **Security deposit -- Champion Travel (Sheppard, TX site)** | | **2,000.00** |
| | | **Security deposit -- Gas City Ltd. (Petro #65 site, Monee, IL)** | | **4,795.00** |
| | | **Security deposit -- TA Operating Corporation (Petro #11 site, West Memphis, AR)** | | **1,520.00** |
| | | **Security deposit -- TA Operating Corporation (Petro #14 site, Bordentown, NJ)** | | **6,600.00** |
| | | **Security deposit -- TA Operating Corporation (Petro #16 site, Oklahoma City, OK)** | | **373.37** |
| | | **Security deposit -- TA Operating Corporation (Petro #46 site, Los Banos, CA)** | | **890.00** |
| | | **Security deposit -- TA Operating Corporation (TA #147 site, San Antonio, TX)** | | **200.00** |
| | | **Security deposit -- TA Operating Corporation (TA #151 site, Baltimore South, MD)** | | **613.00** |
| | | **Security deposit -- TA Operating Corporation (TA #216 site, Baltimore, MD)** | | **369.00** |
| | | **Security deposit -- TA Operating Corporation (TA #232 site, New Braunfels, TX)** | | **5,960.00** |
| | | **Security deposit -- TA Operating Corporation (TA #41 site, Coachella, CA)** | | **6,000.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 4. Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached Exhibit B-AR.** | | **652,891.26** |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Overpayment -- held by Eaton Electrical**<br>**Prepaid balance -- ABC Industries, Inc.**<br>**Prepaid balance -- Advantage Electronics**<br>**Prepaid balance -- Metal Systems, Inc.**<br>**Prepaid Supplies -- JACO Electronics Inc.**<br>**Tax refund: Township of East Greenwich, NJ** | | **8,839,667.08**<br>**147,312.86**<br>**187,792.27**<br>**46,248.50**<br>**1,574,887.72**<br>**5,107.50** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaim vs. XS Construction, Inc.** | | **98,588.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **See attached Exhibit B-22** | | **unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **See attached Exhibit B-23** | | **unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Great Dane ElectroVan, VIN 1GRAA062 (est. book value)** | | **7,500.00** |
| | | **2000 FORD F-350 Truck, VIN 1FTWW33F8YEA8 (est. book value)** | | **26,754.83** |
| | | **2003 Ford F-150, 1FTRX18WX3NA07935 (est. book value)** | | **27,132.82** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP53225A1197 (est. book value)** | | **12,392.38** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP53235A2785 (est. book value)** | | **11,664.76** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP53275A2723 (est. book value)** | | **11,792.28** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP53U05S2985 (est. book value)** | | **11,792.28** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP53U75A2985 (est. book value)** | | **11,769.72** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP56205A2344 (est. book value)** | | **12,124.48** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP56295A2198 (est. book value)** | | **12,124.48** |
| | | **2005 Ford Taurus-4D, VIN 1FAFP56295A2342 (est. book value)** | | **12,124.48** |
| | | **2005 Ford Taurus-4D, VIN 1FAHP53U15A2613 (est. book value)** | | **12,002.31** |
| | | **2006 Ford Taurus-4D, VIN 1FAFP53U16A2045 (est. book value)** | | **13,425.00** |
| | | **2006 Ford Taurus-4D, VIN 1FAFP56U16A1595 (est. book value)** | | **13,102.85** |
| | | **2006 Ford Taurus-4D, VIN 1FAFP56U16A1940 (est. book value)** | | **14,067.30** |
| | | **2006 Ford Taurus-4D, VIN 1FAFP56U26A2392 (est. book value)** | | **13,884.05** |
| | | **2006 Ford Taurus-4D, VIN 1FAFP56U36A2111 (est. book value)** | | **13,960.14** |
| | | **2006 Ford Taurus-4D, VIN 1FAFP56U56A2549 (est. book value)** | | **12,650.64** |
| | | **2006 Ford Taurus-4D, VIN 1FAFP56U86A2439 (est. book value)** | | **13,989.07** |
| | | **2007 Ford Taurus-4D, VIN 1FAFP56U17A1496 (est. book value)** | | **14,497.01** |
| | | **2007 Ford Taurus-4D, VIN 1FAFP56U17A2138 (est. book value)** | | **13,997.50** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE IdleAire Technologies Corporation**      Case No. **08-10960**
Debtor(s)      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | **2007 Ford Taurus-4D, VIN 1FAFP56U47A1331 (est. book value)** | | **13,620.43** |
| | | **2008 Ford F-250 Truck, VIN 1FTNF20508EC7 (est. book value)** | | **23,200.32** |
| | | **2008 Ford F-250 Truck, VIN 1FTNF20518EC7 (est. book value)** | | **23,338.20** |
| | | **2008 Ford F-250 Truck, VIN 1FTNF20518EC7 (est. book value)** | | **23,288.20** |
| | | **2008 Ford F-250 Truck, VIN 1FTNF20528EC7 (est. book value)** | | **23,398.05** |
| | | **2008 Ford F-250 Truck, VIN 1FTNF20558EC7 (est. book value)** | | **23,452.98** |
| | | **Used 1992 Freightliner Tractor, VIN 1FUY (est. book value)** | | **6,545.08** |
| | | **Used 1996 Freightliner Tractor, VIN 1FUY (est. book value)** | | **11,453.88** |
| | | **Used 1996 Freightliner Tractor, VIN 1FUY (est. book value)** | | **14,673.27** |
| | | **Used 1996 Freightliner Tractor, VIN 2FUY (est. book value)** | | **10,363.04** |
| | | **Used 1997 Freightliner Tractor, VIN 1FUY (est. book value)** | | **15,216.73** |
| | | **Used 1999 Chevy Pickup Truck, VIN 1GCEC1 (est. book value)** | | **7,894.50** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Equipment, improvements and other misc. assets** **See attached Exhibit B-TB** | | **122,096,325.54** |
| 30. Inventory. | | **See attached Exhibit B-TB.** | | **570,995.58** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Work in Process** **See attached Exhibit B-TB** | | **14,046,318.90** |
| | | | **TOTAL** | **152,398,370.24** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

___**0**___ continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Banking Institution | Account # | Address | Purpose | Estimated Balance |
|---|---|---|---|---|
| 5th 3rd | 7341178072 | PO Box 630900; Cincinnati, OH 45263-0900 | For site deposits. Corporate sweeps account weekly for cash. | 6,727.62 |
| Bank Of America | 3787403736 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403752 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403765 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054069 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054098 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054072 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054030 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444002906755 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054043 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054056 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403778 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444003873065 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403781 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403794 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054085 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444002908708 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403817 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444002906768 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403833 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3789029309 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403846 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403859 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403862 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444002906784 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3789029286 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403875 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403888 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403891 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403901 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054137 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054153 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054140 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054108 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054124 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054111 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403927 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403930 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3789029082 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444003873081 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3789029095 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3789029105 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3789029118 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3787403723 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444002906771 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444002906807 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3789029121 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 444003873078 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Funds flow to BofA Master account daily. | 0.00 |
| Bank Of America | 3780054027 | 550 W. Main Street, Knoxville, TN 37902 | For site deposits. Corporate sweeps account weekly for cash. | 50,932.51 |
| Chase | 708364286 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364310 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364336 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364369 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364377 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364344 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364237 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364260 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364294 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364179 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708365325 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364146 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364161 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364385 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364351 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364252 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708365010 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364278 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364302 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364211 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364203 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364187 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364195 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708365028 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364229 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Funds flow to Chase Master account daily. | 0.00 |
| Chase | 708364138 | PO Box 260180, Baton Rouge, LA 70826-0180 | For site deposits. Corporate sweeps account weekly for cash. | 25,266.06 |
| CitiBank | 9771084958 | PO Box 769013, San Antonio, TX 78245-9013 | For site deposits. Corporate sweeps account weekly for cash. | 468.90 |
| Community Bank | 5023965 | PO Box 357, Carmichaels, PA 15320 | For site deposits. Corporate sweeps account weekly for cash. | 750.00 |
| Cornerstone | 456244 | 529 Lincoln Avenue, York, NE 68467-0039 | For site deposits. Corporate sweeps account weekly for cash. | 565.01 |
| First National Bank | 95010863 | 7012 Buffalo Road; Harborcreek, PA 16421 | For site deposits. Corporate sweeps account weekly for cash. | 891.89 |
| M&T | 9834805799 | 643 E Baltimore Street, Greencastle, PA 17225 | For site deposits. Corporate sweeps account weekly for cash. | 4,228.60 |
| Merrill Lynch | 566-07C38 | 800 S Gay Street STE 2200, Knoxville, TN 37929 | Original Pcard program. Cancelled early 2007 when switched to Suntrust, still hold small amount for investment purposes only. | 1,047.00 |
| Peoples Bank | 1049770 | 100 N. Main Street; Brownstown, IN 47220 | For site deposits. Corporate sweeps account weekly for cash. | 1,745.13 |
| Regions | 7300464031 | 8351 E Walker Springs Lane, Knoxville, TN 37923 | For site deposits. Corporate sweeps account weekly for cash. | 4,686.60 |
| S&T | 3001499569 | PO Box 190; Indiana, PA 15701 | For site deposits. Corporate sweeps account weekly for cash. | 118.00 |
| UBS PaineWebber | KA2938415 | 1000 Harbor Boulevard, Weehawken, NJ 07086-6790 | For investment of original investment funds. Can hold LT or ST investment amounts. | 0.00 |
| US Bank | 151801775330 | 100 Commerce Street, Bryant, AR 72022 | For site deposits. Corporate sweeps account weekly for cash. | 3,013.00 |
| Wachovia | 4544-4713 | 8351 E Walker Springs Lane Suite 400 Knoxville, TN 37923 | For investment of cash. Holds small amount for investment purposes only. | 1,018.87 |
| Wells Fargo | 4121549182 | 3100 West End Avenue, Suite 530, Nashville, TN 37203 | For site deposits. Corporate sweeps account weekly for cash to Investment account 1744. | 13,680.18 |

| Banking Institution | Account # | Address | Purpose | Estimated Balance |
|---|---|---|---|---|
| Wells Fargo Investment | 12961744 | 3100 West End Avenue, Suite 530, Nashville, TN 37203 | For investment of cash. Wells Fargo account 9182 funds are swept into this account weekly. | 1,090.05 |
| Woodforest | 485110 | 831 HWY 59 South; Cleveland, TX 77327 | For site deposits. Corporate sweeps account weekly for cash. | 1,971.00 |
| SunTrust | 5745500 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | IdleAire main cash account. Used for disbursements, all cash inflows, nightly investment | 1,026,483.22 |
| SunTrust | 1000063668429 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Cash Disbursement account for all AP and Manual Payroll checks. Swept into main cash account daily. | 0.00 |
| SunTrust | 1000043114155 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Flexible Spending account. Set up for all cash outflows for flexible spending program. Funded by main cash account on as needed basis. | 0.00 |
| SunTrust | 1000061920103 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Site deposit account. | 0.00 |
| SunTrust CD | 17540508615/ 100000001 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Certificate of Deposit Account. | 190,000.00 |
| | | | | |
| TOTAL: | | | | 1,334,683.64 |

EXHIBIT B-2(ii): Restricted Accounts

| Banking Institution | Account # | Address | Purpose | Estimated Balance |
|---|---|---|---|---|
| SunTrust | 1000004250030 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Set up for Comdata vendor. | 465.05 |
| SunTrust | 1000022927296 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Set up for contract with Petro (now TA) for commissions escrow. | 0.47 |
| SunTrust | 1000022927304 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Set up in connection with TA agreement. | 1,400,704.84 |
| SunTrust | 5470370356 | 7610 Gleason Drive, 2nd Floor, Knoxville, TN 37919 | Account set up to secure purchasing card program. Currently not used. | 24.76 |
| | | | | |
| TOTAL: | | | | 1,401,195.12 |

## EXHIBIT B-AR TO SCHEDULE B

**Accounts Receivable**

| | | AR as of 5/12/2008 |
|---|---|---|
| 14100 | A/R - Visa and Mastercard | $27,763.98 |
| 14105 | A/R - Trade | $400,652.73 |
| 14110 | A/R - Discounts Taken | ($120,000.00) |
| 14300 | A/R - ComData | $154,187.29 |
| 14305 | A/R - EFS | $26,354.38 |
| 14315 | A/R - TCH Fleet Card | $5,193.95 |
| 14320 | A/R - T-Chek | $24,058.60 |
| 14325 | A/R - TransPlatinum | $21,720.91 |
| 14335 | A/R - Fleets | $16,455.44 |
| 14500 | A/R - Employee Loans | $13,196.62 |
| 14600 | A/R - Miscellaneous | $83,307.36 |
| | | $652,891.26 |

| Total Accounts Receivable | $1,345,362.52 |
|---|---|

EXHIBIT B-22

**I.     Patents**

| PATENT NUMBER / TITLE | FILING DATE/STATUS |
|---|---|
| **United States** | |
| U.S. Patent No. 6,482,080<br>Apparatus for Providing Convenience Services to Stationary Vehicles | 04/19/2001, issued on 11/19/2002 |
| Publication 20030199242 / U.S. Patent No. 6,705,938<br>Apparatus for Controlling the Environment of a Parked Vehicle<br>Patent Appln. No. 10/241,208 | 9/11/2002, issued on 03/16/2004, published 0/23/2003 |
| Pub. No. 20020197950 / Apparatus for Providing Convenience Services to Stationary Vehicles<br>Patent Appln. No. 10/208,905 | 07/30/2002, published 12/26/2002 |
| Pub. No. 20030036346 / Apparatus for Providing Convenience Services to Stationary Vehicles<br>Patent Appln. No. 10/209,519 | 07/30/2002, published 02/20/2003 |
| Pub. No. 20050113014 / Apparatus for Controlling the Environment of a Parked Vehicle<br>Patent Appln. No. 10/700,108 | 11/03/2003, published 05/26/2005; abandoned 06/09/2006. |
| Pub. No. 20060154591 / Apparatus for Controlling the Environment of a Parked Vehicle<br>Patent Appln. No. 11/355,865 | 02/16/2006, published 07/13/2006 |
| Patent Appln. No. 09/496,910 | 02/02/2000; abandoned |
| **Foreign** | |
| International Appln. No. PCT/US2001/03593<br>Apparatus for Providing Convenience Services to Stationary Vehicles | 02/02/2001 |
| International Appln. No. PCT/US2003/012563<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| Pub. No. 1497146 / European Patent Convention Appln. No. EP 20030724180<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003, published 01/19/2005 |
| Italy Patent No. 1497146 /Appln. No. 03724180.9<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003; granted 12/6/2006 |
| Belgium Patent No. 1497146 /Appln. No. 03724180.9<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003; granted 12/6/2006 |
| France Patent No. 1497146 /Appln. No. 03724180.9<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003; granted 12/6/2006 |
| Great Britain Patent No. 1497146 /Appln. No. 03724180.9<br>Apparatus for Controlling the Environment of a | 04/22/2003; granted 12/6/2006 |

| PATENT NUMBER / TITLE | FILING DATE/STATUS |
|---|---|
| Parked Vehicle | |
| German No. 60310219.0<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003; granted 12/6/2006 |
| Canada Appln. No. 2398960<br>Apparatus for Providing Convenience Services to Stationary Vehicles | 02/02/2001 |
| Canada Appln. No. 248444<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| Mexico Patent No. 237907 / Appln. No. 2002/007552<br>Apparatus for Providing Convenience Services to Stationary Vehicles | 02/02/2001; granted 06/20/2006 |
| Mexico Appln. No. 2004/010398<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| Australia 2003231056<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| Brazil PI0309315-8<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| China P.R. Appln. No. 03808949.1<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| Costa Rica<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| Israel Appln. No. 164553<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |
| Japan Appln. No. 2003-585993<br>Apparatus for Controlling the Environment of a Parked Vehicle | 04/22/2003 |

**II.    Trademarks**

| Trademark | Registration No./Registration Date |
|---|---|
| **Unites States** | |
| ATE ADVANCED TRAVEL CENTER ELECTRIFICATION | 2,907,943<br>December 7, 2004 |
| IDLEAIRE | 2,867,196<br>July 27, 2004 |

**III.     Domain Names**

| Domain Name |
|---|
| iasites.com |
| iasites.net |
| idleair.biz |
| idleair.com |
| idleair.info |
| idleair.net |
| idleair.org |
| idleair.us |
| idleaire.biz |
| idleaire.com |
| idleaire.info |
| idleaire.net |
| idleaire.org |
| idleaire.us |
| tkview.com |
| tkview.net |
| tkwatchdog.com |
| tkwatchdog.net |
| truckwatchdog.com |
| truckwatchdog.net |
| idleaire.jobs |

# 5404178_v1

**EXHIBIT B-23**

**IdleAire Technologies Corp.**

**Licenses:**

| | | | |
|---|---|---|---|
| Merced County | N | CA | Business License |
| City of Atlanta | N | GA | Business License |
| County of Coweta | N | GA | Business License |
| City of Lake Station | N | IN | Business License |
| City of Hammond | N | LA | Business License |
| City of Shreveport | N | LA | Business License |
| City of Slidell | N | LA | Business License |
| City of Mebane | N | NC | Business License |
| City of Moriarty | N | NM | Business License |
| City of Santa Rosa | N | NM | Business License |
| Village of Milan | N | NM | Business License |
| County of Botetourt | N | VA | Business License |
| Colorado Dept. of Revenue | N | CO | Sales Tax License |

**EXHIBIT B-TB TO SCHEDULE B - TRIAL BALANCE/ASSET VALUES**
**(BASED ON ESTIMATED BOOK VALUE AS OF APRIL 30, 2008)**
**INVENTORY:**

| | | |
|---|---|---|
| 15200 | Inventory - Power Cords | $20,849.78 |
| 15215 | Inventory - Keyboards | $110,094.00 |
| 15220 | Inventory - Phones | $15,029.51 |
| 15225 | Inventory - Adapt Extension #1 | $21,782.18 |
| 15226 | Inventory - Adapt Extension #2 | $13,458.51 |
| 15227 | Inventory - Adapt Extension #3 | $50,107.08 |
| 15230 | Inventory - Coax/Coax Combo | $54,997.63 |
| 15235 | Inventory - Remotes | $285.00 |
| 15240 | Inventory - Membership Cards | $4,487.06 |
| 15250 | Inventory - Prepaid Cards | $2,619.54 |
| 15260 | Inventory - Adapter #1 | $79,109.05 |
| 15261 | Inventory - Adapter #2 | $58,168.58 |
| 15262 | Inventory - Adapter #3 | $69,611.56 |
| 15263 | Inventory - Adapter #4 | $30,755.07 |
| 15264 | Inventory - Adapter #5 | $36,100.90 |
| 15265 | Carry Case of Site Kits | $3,540.13 |
| | **TOTAL BOOK VALUE OF INVENTORY:** | **$570,995.58** |

**WORK IN PROCESS (components and pieces)**

| | | |
|---|---|---|
| 16005 | WIP - Accrued Cost | $134,547.27 |
| 16010 | WIP - Buildings | $91,197.72 |
| 16020 | WIP - Engineering | $263,017.70 |
| 16030 | WIP - Construction | $88,861.46 |
| 16040 | WIP - Intelligent Truss | $76,241.65 |
| 16045 | WIP - Communications | $38,595.06 |
| 16050 | WIP - HVAC Units | $2,668,546.90 |
| 16055 | WIP - Safety Barriers | $13,492.72 |
| 16070 | WIP - Service Module | $4,029,966.40 |
| 16075 | WIP - Security Systems | $224,874.13 |
| 16090 | WIP - Furniture & Equipment | $101,964.16 |
| 16100 | WIP - Compters & Software | $15,747.68 |
| 16110 | WIP - Entertainment Equip | $2,366,926.03 |
| 16115 | WIP - Wireless Hotspots | $217,600.19 |
| 16120 | WIP - Direct TV Equipment | $268,800.00 |
| 16200 | WIP - Capitalized Interest | $3,143,192.43 |
| 16565 | WIP - Software & Licenses | $198,416.15 |
| 16990 | WIP - Goods In Transfer | $104,331.25 |
| | **TOTAL BOOK VALUE OF WIP:** | **$14,046,318.90** |

**EQUIPMENT, IMPROVEMENTS, AND MISC. ASSETS - TRAVEL SITES**

| | | |
|---|---|---|
| 17010 | Buildings | $3,671,310.44 |
| 17015 | Equipment Center | $16,769.53 |
| 17025 | Foundations | $5,764,340.23 |
| 17030 | Construction | $21,790,485.53 |

| | | |
|---|---|---:|
| 17035 | Electrical | $9,305,863.54 |
| 17040 | Trusses, Conduits & Electrical | $46,149,316.05 |
| 17045 | Communications Equipment | $4,000,999.46 |
| 17050 | HVAC Units | $4,851,821.01 |
| 17055 | Safety Barriers | $703,630.28 |
| 17065 | Molds | $51,761.43 |
| 17070 | Service Module & Components | $13,241,995.86 |
| 17075 | Security Systems | $171,250.50 |
| 17080 | Hoses | $944,924.79 |
| 17110 | Entertainment Equipment | $3,326,135.12 |
| 17115 | Wireless Hotspots | $272,776.07 |
| 17120 | Direct TV Equipment | $1,012,201.00 |
| 17165 | Software & Licenses | $211,192.06 |
| 17595 | Motorized Equipment | $2,013,624.81 |
| 18115 | Supplies (at warehouse and sites) | $2,015,201.91 |
| | **TOTAL:** | **$119,515,599.62** |

**EQUIPMENT, IMPROVEMENTS AND OTHER MISC. ASSETS- CORPORATE SITES**

| | | |
|---|---|---:|
| 17550 | Furniture & Fixtures | $196,715.97 |
| 17560 | Computer Equipment | $337,346.04 |
| 17565 | Software & Licenses | $502,211.26 |
| 17570 | Data Processing Equipment | $674,787.85 |
| 17580 | Office Equipment | $36,897.07 |
| 17600 | Internal Software CapEx | $156,416.33 |
| 17090 | Furniture & Equipment | $256,661.49 |
| 17100 | Computers Equipment | $156,406.62 |
| 17530 | Leasehold Improvements | $263,283.29 |
| | **TOTAL:** | **$2,580,725.92** |