IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - x
                              :
In re:                        :   Chapter 11
                              :
IDLEAIRE TECHNOLOGIES         :   Case No. 08-10960 (KG)
CORP.,                        :
                              :
         Debtor.              :
                              :
- - - - - - - - - - - - - - - x

**<u>DECLARATION OF SERVICE</u>**

   I, Christopher S. Chow, hereby certify that on the 2nd day of July, 2008, I caused the Limited Objection of Travelcenters of America LLC to Assumption and Assignment of Lease Pursuant to Debtor's Motion for (I) an Order (A) Approving Sale Procedures in Connection with Sale of Substantially all of the Debtor's Assets, (B) Approving the Expense Reimbursement, (C) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and/Or Assignment of Executory Contracts; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing

the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases and (C) Granting Certain Related Relief (Docket No. 237) to be served on the parties listed on Exhibit A, attached hereto, by electronic mail and overnight courier, unless otherwise indicted thereon.

Dated: Wilmington, Delaware
July 3, 2008

_____
Anthony W. Clark (I.D. No. 2051)
Christopher S. Chow (I.D. No. 4172)
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000

Counsel for TravelCenters of America LLC

# EXHIBIT A

IdleAire Technologies Corp.
410 N. Cedar Bluff Road
Suite 200
Knoxville, TN 37923
Attn: Stephen Gray

Holland & Knight LLP
10 St. James Avenue
Boston MA 02116
Attn: John J. Monaghan, Esq.

Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Attn: William D. Sullivan
**(By Hand Delivery)**

Akin Gump Strauss Hauer
& Feld LLP
590 Madison Avenue
New York NY 10022
Attn: Michael S. Stamer, Esq.
       Scott L. Alberino, Esq.

Young Conaway Stargatt
& Taylor, LLP
1000 West Street, 17th Floor
Wilmington, DE 19801
Attn: Robert S. Brady, Esq.
       M. Blake Cleary, Esq.
**(By Hand Delivery)**

Ropes & Gray LLP
45 Rockfeller Plaza
New York, NY 10111
Attn: Mark Somerstein, Esq.

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
Attn: Jennifer Christian, Esq.

Office of the U.S. Trustee
844 King Street
Room 2207, Lockbox 35
Wilmington, DE 19801
Attn: David L. Buchbinder, Esq.
**(By Hand Delivery)**

Saul Ewing LLP
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899
Attn: Mark Minuti, Esq.
**(By Hand Delivery)**