## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| IDLEAIRE TECHNOLOGIES CORPORATION, | Case No. 08-10960 (KG) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Pardis Fatolahzadeh, depose and say that I am employed by Kurtzman Carson Consultants, LLC (KCC), the claims and noticing agent for the Debtor in the above-captioned case.

On September 26, 2008, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class mail on the service lists attached hereto as **Exhibit A**:

**Certification of Counsel re: Motion of Nancy Younger and the Estate of William Younger for Relief From Stay Under Section 362 of the Bankruptcy Code** [Docket No. 373]

Dated: September 29, 2008

_____
Pardis Fatolahzadeh

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 29th day of September, 2008, by Pardis Fatolahzadeh, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature _____

L. MAREE SANDERS
Commission # 1610322
Notary Public - California
Los Angeles County
My Comm. Expires Oct 1, 2009

# EXHIBIT A

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 35/55 TRUCKSTOP | | PO BOX 367 | | VAIDEN | MS | 39176 | |
| 640 BUSINESS PARK | C/O BLUE RIDGE DEVELOPMENT | 2035 LAKESIDE CENTRE WAY STE 250 | | KNOXVILLE | TN | 37922 | |
| ABDULUS SMITH | | 1230 BAILEY ST | | HARRISBURG | PA | 17103 | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN MICHAEL S STAMER ESQ & SCOTT L ALBERINO ESQ | ATTN SHAYA ROCHESTER | 590 MADISON AVE | NEW YORK | NY | 10022-2524 | |
| ALABAMA DEPARTMENT OF REVENUE | BUSINESS PRIVILEGE TAX SECTION | PO BOX 327431 | | MONTGOMERY | AL | 36132-7431 | |
| ALABAMA DEPARTMENT OF REVENUE | CORPORATE INCOME TAX UNIT | PO BOX 327430 | | MONTGOMERY | AL | 36132-7430 | |
| ALBAS INC | | 661 S SLYVANIA AVE | | STURTEVANT | WI | 53177 | |
| ALL AMERICAN PLAZAS INC | | I 78 EXIT 10 PA 645 | | FRYSTOWN | PA | 17067 | |
| ALL AMERICAN PLAZAS INC | | PO BOX 302 | | BETHEL | PA | 19507 | |
| ALL AMERICAN PLAZAS OF CARNEYS POINT | | PO BOX 302 | | BETHEL | PA | 19507 | |
| ALL AMERICAN PLAZAS OF DOZWELL | | PO BOX 302 | | BETHEL | PA | 19507-0302 | |
| ALL AMERICAN PLAZAS OF FRYTOWN | | PO BOX 302 | | BETHEL | PA | 19507 | |
| ALL STATE TRUCK STOP | | 475 PINE ST | | UNIDILLA | GA | 31091 | |
| ALSAKER CORP D/B/A BROADWAY TRUCK STOP | | PO BOX 14646 | | SPOKANE | WA | 99212 | |
| AM BEST TRAVEL PLAZA | | 17051 NEW BREMAN RD | | ST GENEVIEVE | MO | 63670 | |
| ANDERSON TRAVEL CENTER | | PO BOX 4045 | | ANDERSON | SC | 29622 | |
| ARIZONA AGS OFFICE CIVIL RIGHTS DIV | CHARLES NUNIE INVESTIGATOR | 400 WEST CONGRESS S – 215 | | TUCSON | AZ | 85701 | |
| ARIZONA DEPARTMENT OF REVENUE | CORPORATE TAX RETURNS & PAYMENTS | PO BOX 29079 | | PHOENIX | AZ | 85038-9079 | |
| ARKANSAS BUSINESS AND COMMERCIAL SERVICES DIVISION | | PO BOX 8014 | | LITTLE ROCK | AR | 72203-8014 | |
| ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | CORPORATION INCOME TAX SECTION | PO BOX 919 | | LITTLE ROCK | AR | 72203-0919 | |
| ARNALL GOLDEN GREGORY LLP | DARRYL S LADDIN ESQ | 171 17TH ST NW STE 2100 | | ATLANTA | GA | 30363-1031 | |
| ARROW TRUCKING COMPANY | | 4230 S ELWOOD AVE | | TULSA | OK | 74107 | |
| BANKHEAD TEXACO | | 1200 BANKHEAD HWY | | BIRMINGHAM | AL | 35204 | |
| BARGAIN BROTHERS | | PO BOX 4500 | | KINGMAN | AZ | 86402 | |
| BEAR STEARNS SECURITIES CORP | | 1 METROTECH CENTER 4TH FL | | BROOKLYN | NY | 11201 | |
| BELMONT QUICK STOP | | 355 HIGHLAND ST | | BELMONT | WI | 53510 | |
| BIG CABIN TRUCK PLAZA INC | | RT 1 BOX 108 A | | BIG CABIN | OK | 74332 | |
| BILLIE J HADDOCK TN HUMAN RIGHTS COMM | | CORNERSTONE SQUARE BLDG | 530 CHURCH ST STE 305 | NASHVILLE | TN | 37243 | |
| BORQUAYE A THOMAS ESQ | | 199 PETERS ST STE A | | ATLANTA | GA | 30313 | |
| BRINTLE ENTERPRISES INC | | 125 PLAZA LN | | MT AIRY | NC | 27030 | |
| BRUCES TRUCK STOP INC | | 4200 EASTON DR STE 10 | | BAKERSFIELD | CA | 93303 | |
| BUTTONWILLOW TRUCK STOP INC | | PO BOX 1928 | | BAKERSFIELD | CA | 93309 | |
| CA DEPT OF FAIR EMPLOYMENT & HOUSING & EEOC | DENNIE WESTFALL ESQ | 4800 STOCKDALE HWY STE 215 | | BAKERSFIELD | CA | 93309 | |
| CABIN DIESEL SERVICE | | I 44 EXIT 92 | | BIG CABIN | OH | 74332 | |
| CALARK INTERNATIONAL INCORPORATED | | 12024 I 30 | | LITTLE ROCK | AR | 72210 | |
| CARDINAL TRAVEL CENTER LLC | | PO BOX 340 | | GLADE SPRING | VA | 24340 | |
| CHAMPION TRAVEL | | 10000 U S HWY 59 SOUTH | | SHEPHERD | TX | 77371 | |
| CHEXS TRUCK STOP | | PO BOX 1938 | | HENDERSON | NC | 27536 | |
| CHIAPHUA INDUSTRIES LIMITED | MR ASHOK KRISHNAMURTHY | 4/F 2 DAI WANG STREET | TAI PO INDUSTRIAL ESTATE | TAI PO | | 221 | HONG KONG |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| COLONIAL PANTRY LTD | | 716 S RANDOLPH | | CHAMPAIGN | IL | 61820 | |
| COLORADO DEPARTMENT OF REVENUE | | 1375 SHERMAN ST | | DENVER | CO | 802161-00006 | |
| COLUMBIA 20 | | 7400 WILSON BLVD | | COLUMBIA | SC | 29203 | |
| COMPTROLLER OF MARYLAND | | REVENUE ADMINISTRATION DIVISION | | ANNAPOLIS | MD | 21411-00001 | |
| CONNECTICUT DEPARTMENT OF REVEUNE SERVICES | | PO BOX 2974 | | HARTFORD | CT | 06104-2974 | |
| CRG PARTNERS GROUP LLC | STEPHEN S GRAY | 2 ATLANTIC AVE | | BOSTON | MA | 02110 | |
| CROSSROADS TRAVEL | | PO BOX 8627 | | MISSOULA | MT | 59807 | |
| CTV HOLDINGS INC | C/O PB CONSTRUCTORS INC | ONE PENN PLAZA | | NEW YORK | NY | 10119 | |
| CYNTHIA NEVAREZ | | 8277 LUCKY | | EL PASO | TX | 79907 | |
| DARRELL WEBB | | 12831 S MORGAN | | CHICAGO | IL | 60643 | |
| DEBRA A WALL ESQ | | 133 FRANKLIN ST | | CLARKSVILLE | TN | 37040 | |
| DELTA REGION UNIT NO 99118 | JERRY COURTNEY | 880 EAST GAINES | | DERMOTT | AR | 71638 | |
| DENTON TRAVEL CENTER | | 6420 NORTH I 35 | | DENTON | TX | 76204 | |
| DERRICK TRAVLE PLAZA | | 1105 PEELER RD | | SALISBURY | NC | 28146 | |
| DESHON O'NEAL | | 2901 VIRGINIA AVE APT 46 | | BAKERSFIELD | CA | 93307 | |
| DETRICK WILLIAMS | | 216 YARBROUGH | | BOSSIER CITY | LA | 71111 | |
| DIGITAL CROSSING NETWORK LLC | | 500 W SUMMIT HILL DR | | KNOXVILLE | TN | 37902 | |
| DLA PIPER US LLP COUNSEL TO PB CONSTRUCTORS INC | BEN W PREVOST ESQ | ONE ATLANTIC CENTER | 1201 WEST PEACHTREE ST STE 2800 | ATLANTA | GA | 30309-3450 | |
| DS USA TRAVEL PLAZA INC | | 11301 I 40 EAST | | AMARILLO | TX | 79118 | |
| DWIGHT JOHNSON | | 2620 16TH ST APT D | | BAKERSFIELD | CA | 93301 | |
| EAST GREENWICH TOWNSHIP | | 159 DEMOCRAT RD | | MICKLETON | NJ | 08056 | |
| EAST WEST TRUCK STOP INC | | 1810 EDGEHILL AVE | | NASHVILLE | TN | 37212 | |
| EDGERTON OASIS INC | | 568 HAUGEN RD | | EDGERTON | WI | 53534 | |
| ENVIRONMENTAL PROTECTION AGENCY | C/O U S DEPARTMENT OF JUSTICE | PO BOX 7611 | | WASHINGTON | DC | 20044-7611 | |
| EPIC ENTERPRISES LLC | | 6420 N I 35 | | DENTON | TX | 76207-1419 | |
| FIVE RIVERS PETROLEUM LLC D/B/A PETRO NO 83 | | 24 DONEGAL | | CLAYSVILLE | PA | 15323 | |
| FLORIDA DEPARTMENT OF REVENUE | | PO BOX 6440 | | TALLAHASSEE | FL | 32399-0135 | |
| FLYING J EL PASO TX | | 1104 COUNTRY HILL DR | | OGDEN | UT | 84403 | |
| FRANCES ORTIZ | | 4108 GREENBRIDGE ST | | NORTH LAS VEGAS | NV | 89032 | |
| FROG CITY TRAVEL PLAZA | | 1418 NORTH POLK ST | | RAYNE | LA | 70578 | |
| FULLERTON & KNOWLES P C | RICHARD I HUTSON | 12644 CHAPEL RD NO 206 | | CLIFTON | VA | 20124 | |
| GARDEN CITY TRAVEL PLAZA LLC | | U S HWY 50 & U S HWY 83 | | GARDEN CITY | KS | 67846 | |
| GAS CITY LTD | | 160 SOUTH LAGRANGE | | FRANKFURT | IL | 60423 | |
| GEORGIA DEPARTMENT OF REVENUE | PROCESSING CENTER | PO BOX 740397 | | ATLANTA | GA | 30374-0397 | |
| GOLIGHTLY & LONG LLC | | PO BOX 1041 | | PADUCAH | KY | 42002 | |
| GRACE COMMERCIAL PROPERTIES | T ARTHUR SCOTT JR | PO BOX 4428 | | JOHNSON CITY | TN | 37602 | |
| GRAVES OIL COMPANY D/B/A RASCALS TRAVEL PLAZA | | PO BOX 112 | | BATESVILLE | MS | 38606 | |
| GROMANNS I 39 AUTO/TRUCK PLAZA | | 4165 EAST SECOND ST | | MENDODA | IL | 61342 | |
| HALLMARK ENTERPRISES INC D/B/A HALLMARK TRUCK CENTER | | 1100 E COLTON AV | | NORTH LAS VEGAS | NV | 89030 | |
| HAMPSHIRE FUEL STOP INC | | 19N 479 U S HWY 20 | | HAMPSHIRE | IL | 60140 | |
| HAYS & SON OIL CO INC | | PO BOX 976 | | CULLMAN | AL | 35055 | |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| HEWARDS SUPER SERVICE INC D/B/A FUEL EXPRESS TRAVEL CENTER | | PO BOX 340 | | HOLBROOK | AZ | 86025 | |
| HICKORY RUN TRAVEL PLAZA | | HCR 1 BOX 9A | | WHITE HAVEN | PA | 18661 | |
| HIGH COUNTRY FUELS INC | | PO BOX 610 | | BEAVER | UT | 84713 | |
| HOLLAND & KNIGHT LLP | ATTN JOHN J MONAGHAN | LYNNE B XERRAS DIANE N RALLIS | 10 ST JAMES AVENUE | BOSTON | MA | 02116 | |
| HOMER PREVETTE | | 306 STAMEY FARM RD | | STATESVILLE | NC | 28687 | |
| HORNE PROPERTIES INC | | 412 N CEDAR BLUFF RD STE 205 | | KNOXVILLE | TN | 37923 | |
| HUNTS POINT COOPERATIVE MARKET | | 355 FOOD CENTER DR | | BRONX | NY | 10474 | |
| IDLE ARKANSAS INVESTORS | C/O DAN FELTON | 6 WEST CHESTNUT ST | | MARIANNA | AR | 72360 | |
| ILLICO INCORPORATED D/B/A APOLLO TRAVEL CENTER | | I 57 EXIT 283 | | GILMAN | IL | 60938 | |
| ILLINOIS DEPRTMENT OF REVENUE | | PO BOX 19045 | | SPRINGFIELD | IL | 62794-9045 | |
| INDIANA DEPARTMENT OF REVENUE | | 100 N SENATE AVE | | INDIANAPOLIS | IN | 46204 | |
| INTERNAL REVENUE SERVICE | | 31 HOPKINS PLAZA – RM 1150 | | BALTIMORE | MD | 21201 | |
| IOWA DEPARTMENT OF REVENUE | CORPORATION RETURN PROCESSING | PO BOX 10468 | | DES MOINES | IA | 50306-0468 | |
| JAMES LEATHERWOOD | | 110 CONNOLLY RD | | VIDOR | TX | 77662 | |
| JEFFERIES & COMPANY | | HARBORSIDE FINANCIAL CENTER | 705 PLAZA 3 | JERSEY CITY | NJ | 07311 | |
| JERRY CLAYTON | | PO BOX AUTO TRUCK PLAZA | | LEBANON | MO | 65536 | |
| JET ERA TRUCK STOP D/B/A JET ERA INTERNATIONAL INC | | I 45 & HWY 179 | | FAIRFIELD | TX | 75840 | |
| JJ TRUCK STOP DBA ALS TRUCK STOP OF MALVERN INC | | PO BOX 309 | | MALVERN | AR | 72104 | |
| JONATHAN MEYERS | | 1400 HOOD ST APT 57 | | ARVIN | CA | 93203 | |
| JONES TRAVEL MART INC | | 2108 E U S HWY 36 | | CAMERON | MO | 64429 | |
| KCIC LLC | | PO BOX 760 | | BROOKSHIRE | TX | 77423 | |
| KEARNEY TRUCK PLAZA INC | | 818 MELANAE CT | | LIBERTY | MO | 64068-3439 | |
| KELLEY DRYE & WARREN LLP | ATTN PAMELA BRUZZESE SZCZYGIEL ESQ | ERIC R WILSON JENNIFER A CHRISTIAN | 101 PARK AVE | NEW YORK | NY | 10178 | |
| KENTUCKY DEPARTMENT OF REVENUE | DIVISION OF CORPORATION TAX | PO BOX 1302 | | FRANKFORT | KY | 40602-1302 | |
| KNOX OIL OF TEXAS INC | | 5001 L B J FWY STE 1020 | | DALLAS | TX | 75244 | |
| KNOXVILLE WATT TA | | 615 WATT RD | | KNOXVILLE | TN | 37922 | |
| KS TRUCK & AUTOMOTIVE CENTER | | 3141 GOLLIHAR RD | | CORPUS CHRISTI | TX | 78415 | |
| KURTZMAN CARSON CONSULTANTS LLC | ATTN EVAN GERSHBEIN | 2335 ALASKA AVE | | EL SEGUNDO | CA | 90245 | |
| LAMONT MCKIVER | | 433 SHORT BLUFF | | CLARKSVILLE | TN | 37040 | |
| LAUREL PROPERTIES | | 6714 ALBUNDA DR | | KNOXVILLE | TN | 37919 | |
| LEMONT ATS COMPANY D/B/A GREATER CHICAGO AUTO TRUCK STOP | | 510 S BOLINGBROOK DR | | BOLINGBROOK | IL | 60440 | |
| LIBERTY FUEL LLC | | 1201 N 59TH AVE | | PHOENIX | AZ | 85043 | |
| LOVES COUNTRY STORES OF CALIFORNIA | | 10601 NORTH PENNSYLVANIA | | OKLAHOMA CITY | OK | 73126 | |
| LOVES TRAVEL STOPS & COUNTRY STORES INC | | 10601 NORTH PENNSYLVANIA | | OKLAHOMA CITY | OK | 73126 | |
| MALONEY CINQUE LTD D/B/A MARDI GRAS TRUCK STOP | | 2401 ELYSIAN FIELDS AVE | | NEW ORLEANS | LA | 701117 | |
| MANUALS I 10 AUTO & TRUCKSTOP INC D/B/A MANUELS FAMILY TRAVEL CENTER | | PO BOX 470 | | EGAN | LA | 70531 | |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| MARKLEY STREEPER | | 8426 E NOEL RD | | WILCOX | AZ | 85643 | |
| MARSHA MILES | | 407 ROOSEVELT ST | | GARY | IN | 46404 | |
| MCCOMBS ENTERPRISES LLC | | 328 GREEN ACERS DR | | MOSSY HEAD | FL | 32435 | |
| MCK OF AUSTIN D/B/A AUSTIN AUTO TRUCK PLAZA | | 1509 10TH PLNE | | AUSTIN | MN | 55912 | |
| MCKIRDY & RISKIN | THOMAS OLSON ESQ | PO BOX 2379 | | MORRISTOWN | NJ | 07962-2379 | |
| MICHIGAN DEPARTMENT OF TREASURY | | DEPARTMENT 77889 | | DETROIT | MI | 48277-0889 | |
| MID TERM AUTO TRUCK PLAZA | | 1750 SALEM DR | | COOKEVILLE | TN | 38506 | |
| MILLER & MARTIN NASHVILLE | HUGH C HOWSER JR ESQ CHIAPHUA COUNSEL | 150 FOURTH AVE NORTH | 1200 ONE NASHVILLE PLACE | NASHVILLE | TN | 37219-2433 | |
| MILLER & MARTIN PLLC | DAVID L JOHNSON ESQ | 150 FOURTH AVE NORTH | 1200 ONE NASHVILLE PLACE | NASHVILLE | TN | 37219-2433 | |
| MILLER & MARTIN PLLC | JAMES A BEAKES ESQ | 1200 ONE NASHVILLE PLACE | 150 FOURTH AVE NORTH | NASHVILLE | TN | 37219-2433 | |
| MINNESOTA DEPARTMENT OF REVENUE | | MAIL STATION 1250 | | ST PAUL | MN | 55145-1250 | |
| MISSISSIPPI CORPORATE TAX DIVISION | | PO BOX 1033 | | JACKSON | MS | 39215-1033 | |
| MISSOURI DEPARTMENT OF REVENUE | | PO BOX 700 | | JEFFERSON CITY | MO | 65105-0700 | |
| MITTEN INC | | PO BOX 267 | | OAKLEY | KS | 67748 | |
| MOUNTAIN PLAZA INC D/B/A TR AUTO TRUCK PLAZA | | 1217 DEEP SPRINGS RD | | DANDRIDGE | TN | 37725 | |
| MR WAFFLE TRUCK STOPS | | I 88 EXIT 83 | | COWPENS | SC | 29330 | |
| MYRON BYAS | | 650 SANTANA DR APT 302 | | HARRISBURG | PA | 17109 | |
| NEBRASKA DEPARTMENT OF REVENUE | | PO BOX 94818 | | LINCOLN | NE | 68509-4818 | |
| NEVADA EQUAL RIGHTS COMMISSION | | 1515 EAST TROPICANA AVE NO 590 | | LAS VEGAS | NV | 89119 | |
| NEW MEXICO HUMAN RIGHTS DIV | | 1596 PACHECO ST | | SANTA FE | NM | 87505-3979 | |
| NEW MEXICO TAXATION AND REVENUE DEPARTMENT | | PO BOX 25127 | | SANTA FE | NM | 87504-5127 | |
| NEW YORK STATE CORPORATION TAX | PROCESSING UNIT | PO BOX 22095 | | ALBANY | NY | 12201-2095 | |
| NORTH CAROLINA DEPARTMENT OF REVENUE | | PO BOX 25000 | | RALEIGH | NC | 27640-0500 | |
| NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER | | 600 E BLVD DEPT 127 | | BISMARCK | ND | 58505-0599 | |
| OFFICE OF THE US TRUSTEE | DAVID BUCHBINDER | 844 KING ST STE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | |
| OHIO DEPARTMENT OF TAXATION | | PO BOX 27 | | COLUMBUS | OH | 43216-0027 | |
| OKLAHOMA TAX COMMISSION | INCOME TAX | PO BOX 26800 | | OKLAHOMA CITY | OK | 73126-0800 | |
| OKLAHOMA TAX COMMISSION | FRANCHISE TAX | PO BOX 26930 | | OKLAHOMA CITY | OK | 73126-0930 | |
| OREGON DEPARTMENT OF REVENUE | | PO BOX 14777 | | SALEM | OR | 97309-0960 | |
| OVERSEAS ENTERPRISE USA D/B/A GATEWAY | | 2625 MANSFIELD FERRY RD | | VIDOR | TX | 77662 | |
| PA HUMAN RELATIONS COMM | NATALIE BAXTER ESQ | 1101 1125 SOUTH FRONT ST 5TH FL | | HARRISBURG | PA | 17104-2515 | |
| PALACE TRUCK STOP | | 12170 OLD GENTILLY RD | | NEW ORLEANS | LA | 70129 | |
| PENNSYLVANIA DEPARTMENT OF REVENUE | BUREAU OF CORP TAXES | P O BOX 280427 | | HARRISBURG | PA | 17128-0427 | |
| PETRO STOPPING CENTERS LP | ATTN JIM CARDWELL COO | 6080 SURETY DR | | EL PASO | TX | 79905 | |
| PHOENIX OIL CO INC | | 5801 S DIVISION | | BLYTHEVILLE | AR | 72315 | |
| PILOT TRAVEL CENTERS LLC | ATTN JEFFREY L CORNISH | ATTN TIMOTHY J BERRY | PO BOX 10146 | KNOXVILLE | TN | 37939-0146 | |
| PLAINVILLE TRUCKSTOP/DOMINIGUE GERGIEO | | PO BOX 2310 | | PLAINVILLE | MA | 02762 | |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| RACE TIME TRAVEL CENTERS INC D/B/A PACECAR | | 1810 EDGEHILL AVE | | NASHVILLE | TN | 37212 | |
| RAJINDER DHOOT | | PO BOX 29 | | PINEHURST | GA | 31070 | |
| RAMBO ENTERPRISES DBA CONOCO TRAVEL PLAZA | | 12603 SW FWY STE 260 | | STAFFORD | TX | 77477 | |
| RANCH HAND TRUCK STOP INC | | 23200 NORTH HWY 30 | | MONTPELIER | ID | 83254 | |
| REALTY INVESTMENT SERVICES | | 5731 LYONS VIEW PIKE STE 220 | | KNOXVILLE | TN | 37919 | |
| RHODES LP GAS INC D/B/A RHODES TRAVEL CENTER | | 3508 NASH RD | | CAPE GIRARDEAU | MO | 63701 | |
| RMTC INC | | 4600 RIB MOUNTAIN DR | | WAUSAU | WI | 54401-0639 | |
| ROCKY MOUNTAIN TRAVEL CENTER | | 4803 I 25 N | | PUEBLO | CO | 81008 | |
| RONNIE TRILLO | | PO BOX 542 | | MORIARTY | NM | 87035 | |
| ROPES & GRAY LLP | ATTN MARK R SOMERSTEIN ESQ | 1211 AVE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | |
| SAHI ANTOINE LLC/DALLAS TRAVEL CENTER | | 1700 S U S HWY 75 | | ANNA | TX | 75409 | |
| SAPP BROTHERS TRUCK STOPS | | 9915 SOUTH 148TH ST | | OMAHA | NE | 68138 | |
| SAUL EWING LLP | MARK MINUTI ESQ JEREMY W RYAN ESQ | 222 DELAWARE AVENUE STE 1200 | PO BOX 1266 | WILMINGTON | DE | 19899 | |
| SAZZAD A BIPU/SILVER BOW GOLDEN ARROW ENTERPRISES INC | | 31537 CASTIAC RD | | CASTIAC | CA | 91384 | |
| SECRETARY OF STATE | DIVISION OF CORPORATIONS FRANCHISE TAX | PO BOX 7040 | | DOVER | DE | 19903 | |
| SECRETARY OF TREASURY | | PO BOX 7040 | | DOVER | DE | 19903 | |
| SECURITIES & EXCHANGE COMMISSION | MARK SCHONFELD REGIONAL DIRECTOR | 3 WORLD FINANCIAL CENTER RM 4300 | | NEW YORK | NY | 10281 | |
| SECURITIES & EXCHANGE COMMISSION | | 100 F ST NE | | WASHINGTON | DC | 20549 | |
| SILCO OIL CO | | 181 EAST 56TH AVE STE 600 | | DENVER | CO | 80216 | |
| SILVER BRIDGE AUTO & TRUCK PLAZA INC | | PO BOX 448 | | MOUNTAINBURG | AR | 72946 | |
| SKG & R | | 8311 EAST BRUNDAGE LN | | BAKERSFIELD | CA | 93307 | |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | | CORPORATION RETURN | | COLUMBIA | SC | 29214-0100 | |
| ST LOUIS EAST TRUCK PLAZA INC | | PO BOX 819 | | TROY | IL | 62294 | |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD | FRANCHISE TAX BOARD | PO BOX 942857 | | SACRAMENTO | CA | 94257-0500 | |
| STATE OF LOUISIANA DEPARTMENT OF REVENUE | | PO BOX 91011 | | BATON ROUGE | LA | 70821-9011 | |
| STATE OF NEW JERSEY DIVISION OF TAXATION | REVENUE PROCESSING CENTER | PO BOX 666 | | TRENTON | NJ | 08646-0666 | |
| STATE ST BANK & TRUST | | 1776 HERITAGE DR | | NORTH QUINCY | MA | 02171 | |
| STOCK CREEK PROPERTIES PARTNERSHIP | | 3204 REGAL DR | | ALCOA | TN | 37701 | |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN ESQ | WILLIAM A HAZELTINE ELIHU E ALLINSON III | 4 EAST 8TH ST STE 400 | WILMINGTON | DE | 19801 | |
| SUPERMART LLC | | 1431 LEIGHTON AVE | | ANNISTON | AL | 36207 | |
| SWAMI OIL CORP | | 620 U S HWY 24 WEST | | GILMAN | IL | 60938 | |
| TA ALBERT LAE D/B/A TRLS TRAVEL PLAZA INC | | 820 HAPPY TRLS LN | | ALBERT LEA | MN | 56007 | |
| TA ATLANTA SOUTH 75 INC | ATTN R V RYAN PRESIDENT CEO | PO BOX 967 | | JACKSON | GA | 30233 | |
| TA BETO JUNCTION | | 2775 HWY 75 | | LEBO | KS | 66856 | |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|------|-------------|-----------|-----------|------|-------|-----|---------|
| TA BREEZE WOOD D/B/A SNYDERS GATEWAY INC | | PO BOX 287 | | BREEZEWOOD | PA | 15533 | |
| TA CLAYTON D/B/A INDIANAPOLIS WEST 70 TRUCK PLAZA | | 140346 SOUTH STATE RD 39 | | CLAYTON | IN | 46118 | |
| TA CLAYTON DBA INDIANAPOLIS WEST 70 TRUCK PLAZA | ATTN F D THOMPSON | 10346 SOUTH STATE RD 39 | | CLAYTON | IN | 46118 | |
| TA EDINBURG TRAVEL CENTER | ATTN RON JOHNSTON | 8301 N US HWY 281 | | EDINBURG | TX | 78541 | |
| TA EDINBURG TRAVEL CENTER | | 8301 N U S HWY 281 | | EDINBURG | TX | 78541 | |
| TA L & G TRUCKERS CITY | | 1775 BELLEFOUNTAIN ST | | WAPAKONETA | OH | 45895 | |
| TA L & G TRUCKERS CITY | | 1775 BELLEFOUNTAIN ST | I 75 EXIT 111 US 33A | WAPAKONETA | OH | 45895 | |
| TA MONTGOMERY AUTO TRUCK PLAZA | | 980 W SOUTH BLVD | | MONTGOMERY | AL | 36105 | |
| TA OPERATING CORPORATION | ATTN GENERAL COUNSEL | ATTN VICE PRESIDENT RETAIL MARKETING | 24601 CENTER RIDGE RD STE 200 | WESTLAKE | OH | 44145 | |
| TA OPERATING CORPORATION | ATTN GENERAL COUNSEL | 400 CENTER STREET | | NEWTON | MA | 02458 | |
| TA OPERATING CORPORATION | ATTN RANDY GRAHAM VICE PRESIDENT RETAIL MARKETING | 24601 CENTER RIDGE RD STE 200 | | WESTLAKE | OH | 44145 | |
| TA SWEETWATER TRAVEL CENTER | ATTN RON JOHNSTON | I 20 EXIT 242 | | SWEETWATER | TX | 79556 | |
| TA SWEETWATER TRAVEL CENTER | | I 20 EXIT 242 | | SWEETWATER | TX | 79556 | |
| TCEQ BANKRUPTCY PROGRAM | CT NO 582 5 64592 0390 | MC 132 PO BOX 13087 | | AUSTIN | TX | 78711-3087 | |
| TELETHIA GRIFFIN | | 1887 HEMMING WAY | | LITHONIA | GA | 30038 | |
| TENNESSEE DEPARTMENT OF REVENUE | | ANDREW JACKSON STATE OFFICE BLDG | 500 DEADERICK ST | NASHVILLE | TN | 37242 | |
| TEWELL CORPORATION INC | | 7041 T W BLVD | | HUBBARD | OH | 44425 | |
| TEXACO TRUCK PLAZA | | 11000 I 40 EAST & PULLMAN RD | | AMARILLO | TX | 79118 | |
| TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN LYNNE HAASE AIR QUALITY PLANNING DIV | MC 204 PO BOX 13087 | | AUSTIN | TX | 78711-3087 | |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | | 111 E 17TH ST | | AUSTIN | TX | 78774-0100 | |
| TEXAS RIOGRANDE LEGAL AID EL PASO OFFICE | SORAYA YANAR HANSHEW ESQ | 1331 TEXAS AVE | | EL PASO | TX | 79901 | |
| THE GARLIC FARM ANNEX LLC | | 5870 B GUARANTY WAY | | GILROY | CA | 95025 | |
| THE TENNESSEAN TRUCKSTOP INC | | 3686 PULASKI HWY | | CORNERSVILLE | TN | 37047 | |
| THRUWAY TRAVEL CENTERS LLC | | 1255 ROUTE 414 | | WATERLOO | NY | 13165 | |
| TIMELESS INVESTMENTS INC | | 6725 NORTH GOLDEN STATE BLVD | | FRESNO | CA | 93772 | |
| TRAVEL CENTER PARTNERS D/B/A IMPERIAL 8 TRAVEL CENTER | | 308 EAST CARRILLO | | SANTA BARBARA | CA | 93101 | |
| TRAVELERS TRAVEL PLAZA | | 395 EAST VISTA WAY | | WEED | CA | 96094 | |
| TRUCK STOP 111 LP | | 9619 CHESAPEAKE DR STE 103 | | SAN DIEGO | CA | 92123 | |
| U S DEPARTMENT OF TRANSPORTATION | OFFICE OF THE SECRETARY OF TRANSPORTATION | 1200 NEW JERSEY AVE SE | | WASHINGTON | DC | 20590 | |
| U S E E O C | NEW ORLEANS FIELD OFFICE | 1555 POYDRAS ST STE 1900 | | NEW ORLEANS | LA | 70112 | |
| U S E E O C | SARAH L SMITH ESQ | 50 VANTAGE WAY STE 202 | | NASHVILLE | TN | 37728 | |
| U S E E O C HOUSTON DISTRICT OFFICE | DEBORAH URBANSKI ADR COORDINATOR | 1919 SMITH ST 7TH FL | | HOUSTON | TX | 77002-8049 | |
| U S E E O C INDIANAPOLIS DIST OFFICE | SHERYL TURNER ESQ & LARRY L SANNER ESQ | 101 WEST OHIO ST STE 1900 | | INDIANAPOLIS | IN | 46204 | |
| U S SECURITIES & EXCHANGE COMMISSION | | 701 MARKET ST STE 2000 | | PHILADELPHIA | PA | 19106 | |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| UNCLE PETES/HOLLINGSWORTH OIL NFEC INC | | PO BOX 1298 | | LEBANON | TN | 37088 | |
| US ATTORNEYS OFFICE DISTRICT OF DELAWARE | ELLEN W SLIGHTS ESQ | 1007 ORANGE ST STE 700 | PO BOX 2046 | WILMINGTON | DE | 19899-2046 | |
| UTAH STATE TAX COMMISSION | | 210 NORTH 1950 WEST | | SALT LAKE CITY | UT | 84134-0300 | |
| VESUVIUS INC D/B/A LEE HI TRAVEL PLAZA | | 2516 N LEE HWY | | LEXINGTON | VA | 24450 | |
| VICTORIA HEARON | | 13280 HICKORY CREEK RD | | LENOIR CITY | TN | 37771 | |
| VIRGINIA DEPARTMENT OF TAXATION | | PO BOX 1500 | | RICHMOND | VA | 23218-1500 | |
| VOSS TRUCK PORTS INC | | PO BOX 310 | | CUBA | MO | 65453 | |
| WALT WHITMAN TRUCK STOP INC | | 3540 SOUTH LAWRENCE ST | | PHILADELPHIA | PA | 19148 | |
| WELLS FARGO BANK NATIONAL ASSOCIATION | CORP TRUST DEPT MAC N9303 120 | ATTN NICK D TALLY | 625 MARQUETTE AVE SIXTH ST & MARQUETTE AVE | MINNEAPOLIS | MN | 55479 | |
| WESCO FUEL & FOOD | | 48157 MEMORIAL DR | | NEWBERRY SPRINGS | CA | 92365 | |
| WEST VIRGINIA STATE TAX DEPARTMENT | INTERNAL AUDITING DIVISION | PO BOX 1202 | | CHARLESTON | WV | 25324-1202 | |
| WHITE REALTY & SERVICE CORPORATION | | PO BOX 10028 | | KNOXVILLE | TN | 37939 | |
| WILHITES TRUCK CENTER | | 155 HWY 138 | | DENMARK | TN | 38391 | |
| WILLIAMS & ANDERSON PLC | ATTN PAUL W HOOVER JR ESQ | STEPHENS BUILDING TWENTY SECOND FL | 111 CENTER ST | LITTLE ROCK | AR | 72201 | |
| WILTON SERVICE CENTER INC | | 215 BALLARD RD | | GANSEVOORT | NY | 12831 | |
| WINGS AMERICA LLC | | 7005 N CHESTNUT ST | | AVOCA | IA | 51521 | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN ROBERT S BRADY ESQ M BLAKE CLEARY ESQ | 1000 WEST ST 17TH FL | THE BRANDYWINE BLDG | WILMINGTON | DE | 19801 | |

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Akin Gump Strauss Hauer & Feld LLP | Scott L Alberino | 1333 New Hampshire Ave NW | | Washington | DC | 20036-1564 |
| Baker & Hostetler LLP | Richard Bernard | 45 Rockefeller Plaza | | New York | NY | 10111 |
| Benesch Friedlander Coplan & Aronoff LLP | David Neumann Esq | 200 Public Square | 2300 BP Tower | Cleveland | OH | 44114-2378 |
| Benesch Friedlander Coplan & Aronoff LLP | Raymond H Lemisch Esq Jennifer R Hoover Esq | 222 Delaware Avenue Ste 810 | | Wilmington | DE | 19801 |
| Buchalter Nemer A Professional Corporation | Shawn M Christianson Esq | 333 Market Street 25th Fl | | San Francisco | CA | 94105-2126 |
| GE Money Bank | Attn Ramesh Singh | c/o Recovery Management Systems Corp | 25 SE 2nd Avenue Ste 1120 | Miami | FL | 33131-1605 |
| Gilbert L Hamberg Esq | | 1038 Darby Dr | | Yardley | PA | 19067-4519 |
| Jackson Walker LLP | Bruce J Ruzinsky Desiree K Killen | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 |
| Jackson Walker LLP | Heather M Forrest | 901 Main St Ste 6000 | | Dallas | TX | 75202 |
| Linebarger Goggan Blair & Sampson LLP | Clayton E Mayfield | 1148 Park Street | | Beaumont | TX | 77701-3614 |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | Travis Bldg | San Antonio | TX | 78205 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan Street Ste 1600 | | Dallas | TX | 75201 |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| McGinnis Lochridge & Kilgore LLP | David B Young | 600 Congress Ave Ste 2100 | | Austin | TX | 78701 |
| Missouri Department of Revenue | Sheryl L Moreau Special Assistant Attorney General General Counsels Office | 301 W High Street Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 |
| Morris Nichols Arsht & Tunnell LLP | Gregory W Werkheiser | Chase Manhattan Centre 18th Fl | 1201 North Market St PO Box 1347 | Wilmington | DE | 19899-1347 |
| Richardson Independent School District | c/o Elizabeth Banda | Perdue Brandon Fielder Collins & Mott LLP | PO Box 13430 | Arlington | TX | 76094-0430 |
| Schulte Roth & Zabel LLP | Adam C Harris Esq | 919 Third Ave | | New York | NY | 10022 |
| Skadden Arps Slate Meagher & Flom LLP | Anthony W Clark Esq Robert S Saunders Esq Christopher S Chow Esq | One Rodney Square | PO Box 636 | Wilmington | DE | 19899-0636 |
| Smith Katzenstein & Furlow LLP | Kathleen M Miller | 800 Delaware Avenue 10th Floor | PO Box 410 Courier 19801 | Wilmington | DE | 19899 |
| Taxing Authority Consulting Services PC | Jeffrey Scharf Mark K Ames | 2812 Emerywood Pkwy Ste 220 | | Richmond | VA | 23294 |
| Tennessee Department of Revenue | c/o TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| Wells Fargo Bank NA | James R Lewis Vice President | 45 Broadway 14th Floor | | New York | NY | 10006 |