# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:                                          :
                                                :   Chapter 7
IDLEAIRE TECHNOLOGIES CORPORATION,   :   Case No. 08-10960 (KG)
                                                :
            Debtor.                             :   Reference Docket No.
                                                :

## ORDER

AND NOW THIS _____ day of ____, 2009, upon the *Renewed Motion of Nancy Younger and the Estate of William Younger for Relief from Stay under Section 362 of the Bankruptcy Code* (the "Renewed Motion") and it appearing that (i) sufficient notice of the Renewed Motion has been given, and no further notice is required to grant the relief requested; and (ii) that good and sufficient cause exists for granting the Renewed Motion, it is hereby

ORDERED, that the relief requested in the Renewed Motion is GRANTED; and it is further

ORDERED, that the stay under 11 *U.S.C.* §362(a) is hereby modified pursuant to 11 *U.S.C.* 362(d) to allow Nancy Younger and the Estate of William Younger, (collectively, "Movants") to proceed with the prosecution of their civil action against Debtor pending in the Circuit Court for Knox County in the State of Tennessee, styled *Nancy Younger, individually and as surviving spouse of William Younger, Deceased, and the estate of William Younger, through surviving spouse Nancy Younger, v. IdleAire Technologies Corporation, a for profit corporation*, Case No. 1-183-08 (the "State Court Action"), in order to allow Movants to liquidate their personal injury claims; and it is further

ORDERED that the sole right and remedy of Movants regarding the enforcement of any judgment against or settlement with Debtor arising from the State Court Action shall be from the

proceeds of any liability insurance policies that cover Debtor with respect to such judgment or settlement and not any other assets of Debtor or its estate, and Movants shall not receive any distribution from Debtor or its estate; and it is further

ORDERED that, other than as set forth in this Order, Movants shall not assert any claims against Debtor that were or could have been included in the State Court Action, including any proofs of claim filed against Debtor.

_____
THE HONORABLE KEVIN GROSS
U.S. Bankruptcy Court Judge