IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| IDLEAIRE TECHNOLOGIES CORPORATION, | : | Case No. 08-10960 (KG) |
| | : | |
| Debtors. | : | Ref. Docket No. 487 |
| | : | |
| WAUSAU BUSINESS INSURANCE COMPANY and EMPLOYERS INSURANCE OF WAUSAU COMPANY, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | Adv. Pro. No. 08-51227 (KG) |
| | : | |
| IDLEAIRE TECHNOLOGIES CORPORATION, NANCY YOUNGER and ESTATE OF WILLIAM YOUNGER, | : | Reference Docket Nos. 44, 47, 50 |
| | : | |
| Defendants. | : | |

**ORDER APPROVING STIPULATION REGARDING EXTENDED REPLY DEADLINE FOR WAUSAU INSURERS' TO FILE REPLY BRIEF REGARDING MOTION TO COMPEL ENFORCEMENT OF THIS COURT'S ORDERS AND YOUNGER CLAIMANTS' MOTION FOR ORDER LIFTING STAY AND TO SET BRIEFING SCHEDULE WITH REGARD TO RENEWED MOTION OF NANCY YOUNGER AND THE ESTATE OF WILLIAM YOUNGER FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

NOW, this 9th day of June 2009, having reviewed the *Stipulation Regarding Extended Reply Deadline for Wausau Insurers' to File Reply Brief Regarding Motion to Compel Enforcement of this Court's Orders and Younger Claimants' Motion for Order Lifting Stay and to Set Briefing Schedule with Regard to Renewed Motion of Nancy Younger and the Estate of William Younger for Relief From Stay under Section 362 of the Bankruptcy Code* (the "Stipulation"); and it appearing that Wausau Business Insurance Company and Employers Insurance of Wausau Company and Nancy Younger and Estate of William Younger have agreed upon a briefing schedule with respects to the matters contained in the Stipulation; it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that nothing contained in the Stipulation or this Order shall preclude additional agreements by the parties or order of the court further extending the deadlines set in the Stipulation, in the event that the July 2, 2009 hearing date is continued to a subsequent date.

_____
THE HONORABLE KEVIN GROSS
United States Bankruptcy Judge