## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IDLEAIRE TECHNOLOGIES<br>CORPORATION,<br>　　　　　　Debtor. | Chapter 7<br>Case No. 08-10960 (KG) |

### CERTIFICATE OF SERVICE

I, John J. Monaghan, counsel to the Debtor in the above-captioned proceeding, hereby certify that on June 23, 2009 I served copies of the following documents upon the attached list of interested parties by first-class mail, postage pre-paid:

1. Supplement to Final Fee Application of Holland & Knight LLP for Compensation of Services Rendered and for Reimbursement of Expenses as Counsel to the Debtor and Debtor-in-Possession for the Period from November 1, 2008 through May 6, 2009; and

2. Supplement to Final Application for Compensation of Sullivan Hazeltine Allinson LLC for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Debtor for the Period from November 6, 2008 through June 19, 2009.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ John J. Monaghan
John J. Monaghan (Mass Bar #546454)
Lynne B. Xerras (Mass Bar #632441)
Diane N. Rallis (Mass Bar #652203)
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

ATTORNEYS FOR THE DEBTOR AND
DEBTOR IN POSSESSION

Dated: Boston, Massachusetts
　　　　June 24, 2009

# 8674930_v1

IdleAire Technologies Corporation
Rule 2002 and Fee Application Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | Scott L Alberino Esq. Michael S Stamer Esq. | 1333 New Hampshire Ave NW | | Washington | DC | 20036-1564 |
| Baker & Hostetler LLP | Richard Bernard | 45 Rockefeller Plaza | | New York | NY | 10111 |
| Benesch Friedlander Coplan & Aronoff LLP | David Neumann Esq | 200 Public Square | 2300 BP Tower | Cleveland | OH | 44114-2378 |
| Benesch Friedlander Coplan & Aronoff LLP | Raymond H Lemisch Esq Jennifer R Hoover Esq | 222 Delaware Avenue Ste 810 | | Wilmington | DE | 19801 |
| Buchalter Nemer A Professional Corporation | Shawn M Christianson Esq | 333 Market Street 25th Fl | | San Francisco | CA | 94105-2126 |
| Comptroller of Public Accounts of the State of Texas | Jay W Hurst Asst Attorney General | Bankruptcy & Collections Div | PO Box 12548 | Austin | TX | 78711-2548 |
| County of Kern State of California | Attn Bankruptcy Division | c/o Treasurer Tax Collectors Office | PO Box 579 | Bakersfield | CA | 93302-0579 |
| Delaware Dept of Justice | Attn Bankruptcy Dept | Div of Securities | 820 N French St 5th Fl | Wilmington | DE | 19801 |
| Delaware Secretary of the State | Division of Corporations Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| GE Money Bank | Attn Ramesh Singh | c/o Recovery Management Systems Corp | 25 SE 2nd Avenue Ste 1120 | Miami | FL | 33131-1605 |
| Gilbert L Hamberg Esq | | 1038 Darby Dr | | Yardley | PA | 19067-4519 |
| Giuliano Miller & Co., LLC | Alfred Thomas Giuliano, Esq., Trustee | Berlin Business Park | 140 Bradford Drive | West Berlin | NJ | 08091 |
| Goodman Land Advisors | Stephen L Goodman | 5700 W Plano Pkwy Ste 3000 | | Plano | TX | 75093 |
| Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| Internal Revenue Service | | PO Box 21126 | | Philadelphia | PA | 19114-0326 |
| Jackson Walker LLP | Bruce J Ruzinsky Desiree K Killen | 1401 McKinney St Ste 1900 | | Houston | TX | 77010 |
| Jackson Walker LLP | Heather M Forrest | 901 Main St Ste 6000 | | Dallas | TX | 75202 |

In re IdleAire Technologies Corporation,
Case No. 08-10960 (KG)

IdleAire Technologies Corporation
Rule 2002 and Fee Application Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kroll Background America Inc. | Legal Dept. | 100 Centerview Dr., Suite 300 | | Nashville | TN | 37214 |
| Linebarger Goggan Blair & Sampson LLP | Clayton E Mayfield | 1148 Park Street | | Beaumont | TX | 77701-3614 |
| Linebarger Goggan Blair & Sampson LLP | David G Aelvoet | 711 Navarro Ste 300 | Travis Bldg | San Antonio | TX | 78205 |
| Linebarger Goggan Blair & Sampson LLP | Elizabeth Weller | 2323 Bryan Street Ste 1600 | | Dallas | TX | 75201 |
| Linebarger Goggan Blair & Sampson LLP | John P Dillman | PO Box 3064 | | Houston | TX | 77253-3064 |
| Locke Lord Bissell & Liddell LLP | Patricia Williams Prewitt | 3400 JPMorgan Chase Tower | 600 Travis Street | Houston | TX | 77002-3095 |
| McGinnis Lochridge & Kilgore LLP | David B Young | 600 Congress Ave Ste 2100 | | Austin | TX | 78701 |
| Missouri Department of Revenue | Sheryl L Moreau Special Assistant Attorney General General Counsels Office | 301 W High Street Room 670 | PO Box 475 | Jefferson City | MO | 65105-0475 |
| Morris Nichols Arsht & Tunnell LLP | Gregory W Werkheiser | Chase Manhattan Centre 18th Fl | 1201 North Market St PO Box 1347 | Wilmington | DE | 19899-1347 |
| Office of the U.S. Trustee | David L. Buchbinder, Esq. | 844 King Street, Suite 2207 | Lockbox 35 | Wilmington | DE | 19801 |
| Office of the US Attorney General | Joseph R. Biden III | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 |
| Richardson Independent School District | c/o Elizabeth Banda | Perdue Brandon Fielder Collins & Mott LLP | PO Box 13430 | Arlington | TX | 76094-0430 |
| Schulte Roth & Zabel LLP | Adam C Harris Esq | 919 Third Ave | | New York | NY | 10022 |
| Securities & Exchange Commission | Daniel M Hawke Regional Dir | The Mellon Independence Ctr | 701 Market St | Philadelphia | PA | 19106-1532 |
| Singer & Levick PC | Michelle E Shriro Esq | 16200 Addison Rd Ste 140 | | Addison | TX | 75001 |

In re IdleAire Technologies Corporation,
Case No. 08-10960 (KG)

IdleAire Technologies Corporation
Rule 2002 and Fee Application Service List

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Skadden Arps Slate Meagher & Flom LLP | Anthony W Clark Esq<br>Robert S Saunders Esq<br>Christopher S Chow Esq | One Rodney Square | PO Box 636 | Wilmington | DE | 19899-0636 |
| Smith Katzenstein & Furlow LLP | Kathleen M Miller | 800 Delaware Avenue 10th Floor | PO Box 410 Courier 19801 | Wilmington | DE | 19899 |
| Taxing Authority Consulting Services PC | Jeffrey Scharf<br>Mark K Ames | 2812 Emerywood Pkwy Ste 220 | | Richmond | VA | 23294 |
| Tennessee Department of Revenue | c/o TN Attorney Generals Office | Bankruptcy Division | PO Box 20207 | Nashville | TN | 37202-0207 |
| Weir & Partners LLP | Jeffrey S. Cianciulli, Esq. | 824 Market Street | | Wilmington | DE | 19801 |
| Wells Fargo Bank NA | James R Lewis<br>Vice President | 45 Broadway 14th Floor | | New York | NY | 10006 |