# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> IDLEAIRE TECHNOLOGIES CORPORATION, ) <br> ) <br> Debtor. ) <br> ) | Chapter 11 <br> Case No. 08-10960 (KG) |
| WAUSAU BUSINESS INSURANCE COMPANY ) <br> and EMPLOYERS INSURANCE OF WAUSAU ) <br> COMPANY, ) <br> Plaintiffs/Counterclaim ) <br> Defendants, ) <br> ) <br> v. ) <br> ) <br> IDLEAIRE TECHNOLOGIES CORPORATION, ) <br> Debtor/Defendant/ ) <br> Counterclaim Plaintiff, ) <br> and ) <br> ) <br> NANCY YOUNGER and ) <br> ESTATE OF WILLIAM YOUNGER, ) <br> Claimants/Movants/Defendants. ) <br> ) | Adv. Pro. No. 08-51227 (KG) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR TRIAL ON NOVEMBER 2, 2009 AT 9:00 A.M.

### TRIAL:

1. Complaint filed by Wausau Business Insurance Company and Employers Insurance of Wausau Company [Filed 8/13/08 in Adv. Proc. No. 08-51227, Docket No. 1]

   Related Documents:

   (a) Summons and Notice of Pretrial Conference in Adversary Proceeding [Filed 8/14/08 in Adv. Proc. No. 08-51227, Docket No. 2]

   (b) Answer and Affirmative Defenses of Defendants Nancy Younger and Estate of William Younger [Filed 10/3/08 in Adv. Proc. No. 08-51227, Docket No. 10]

   (c) Order Approving Scheduling for Resolution of Adversary Proceeding [Entered 9/2/09 in Adv. Proc. No. 08-51227, Docket No. 81]

(d) Order Concerning Issues for Discovery and Trial [Entered 9/21/09 in Adv. Proc. No. 08-51227, Docket No. 106]

(e) Consent Order Concerning Issues for Discovery and Trial [Entered 10/15/09 in Adv. Proc. No. 08-51772, Docket No. 134]

(f) Younger Claimants/Defendants' Pretrial Brief [Filed 10/20/09 in Adv. Proc. No. 08-51227, Docket No. 143]

(g) Pretrial Brief of Plaintiffs/Counterclaim Defendants Wausau Business Insurance Company and Employers Insurance of Wausau Company [Filed 10/20/09 in Adv. Proc. No. 08-51227, Docket No. 146]

(h) Proposed Findings of Fact and Conclusions of Law of Plaintiffs/Counterclaim Defendants Wausau Business Insurance Company and Employers Insurance of Wausau Company [Filed 10/20/09 in Adv. Proc. No. 08-51227, Docket No. 147]

(i) Final Pretrial Order with Modifications [Entered 10/21/09 in Adv. Proc. No. 08-51227, Docket No. 151]

(j) Consent Order Concerning Issues for Pretrial and Trial [Entered 10/23/09 in Adv. Proc. No. 08-51227, Docket No. 155]

(k) Order Re: Motion in *Limine* [Entered 10/23/09 in Adv. Proc. No. 08-51227, Docket No. 156]

(l) Joint Exhibit Binder [Delivered to Chambers on 10/22/09]

Status:

The trial is going forward including resolution of the pending Motion in *Limine* regarding whether the Youngers can use leading questions on cross examination of Claude Ramer.

Dated: October 29, 2009
Wilmington, Delaware

Laura A. Foggan, Esq. (admitted *pro hac vice*)
Parker J. Lavin, Esq.
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
(202) 719-7000

Charlene D. Davis (No. 2336)
Justin R. Alberto (No. 5126)
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000

*Counsel for Wausau Business Insurance Company and Employers Insurance of Wausau Company*