IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| IDLEAIRE TECHNOLOGIES CORPORATION, ) | Case No. 08-10960 (KG) |
| ) | |
| Debtor. ) | Objection Deadline: 4/6/2010 |
| ) | Hearing Date: 4/13/2010 @ 02:00 PM |

## NOTICE OF SECOND RENEWED MOTION OF NANCY YOUNGER AND THE ESTATE OF WILLIAM YOUNGER FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

To:   ALL PERSONS LISTED BELOW:

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

IdleAire Technologies Corporation,
410 N. Cedar Bluff Road, Suite 200
Knoxville, TN 37923

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

Majority Secured Noteholders Group
and DIP Lenders
Young Conaway Stargatt Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark Minuti, Esquire
Jeremy Ryan, Esquire
Saul Ewing LLP
222 Delaware Ave, Suite 1200
Wilmington, DE 19801

Eric R. Wilson, Esquire
Jennifer A. Christian, Esquire
Kelley Drye & Warren, LLP
1010 Park Avenue
New York, NY 10178

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Scott L. Alberino, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Abid Qureshi, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

James R. Lewis, Vice President
Wells Fargo Bank, NA
45 Broadway, 14th Floor
New York, NY 10006

Mr. Alfred Thomas Giuliano
Chapter 7 Trustee
750 Route 73 South, Suite 110
Marlton, NJ 08053

Laura A. Foggan, Esquire
Karalee C. Morell, Esquire
Parker J. Lavin, Esquire
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Charlene D. Davis, Esquire
Mary E. Augustine, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

NANCY YOUNGER AND THE ESTATE OF WILLIAM YOUNGER (the "Movants"), by and through their undersigned counsel have filed a second renewed motion seeking relief from the automatic stay to pursue a court action pending in the Circuit Court for Knox County in the State of Tennessee.

HEARING ON THE MOTION WILL BE HELD ON APRIL 13, 2010 AT 2:00 P.M. BEFORE THE HONORABLE KEVIN GROSS IN COURTROOM 3, U.S. BANKRUPTCY FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE.

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached Motion at least five business days (**APRIL 6, 2010**) before the above hearing date.

At the same time, you must also serve a copy of the response on the Movants' attorney:

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

The hearing date specified above may by a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulation to relevant facts.

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ JCP

JOHN C. PHILLIPS, JR., ESQUIRE (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
(302) 655-4210
Counsel to Nancy Younger and the Estate of
William Younger

Dated: March 10, 2010