```
                UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - x
In re:                          :
                                : Chapter 7
IdleAire Technologies           :
Corporation,                    : Case No. 08-10960 (KG)
                                :
        Debtor.                 :
                                :
- - - - - - - - - - - - - - - - x
```

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that on May 16, 2008 Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps") filed a Notice of Appearance and Demand for Notices and Papers, appearing as counsel in the above-captioned cases on behalf of TravelCenters of America LLC.

PLEASE TAKE FURTHER NOTICE that Skadden, Arps now withdraws its appearance and demand for service of notices and papers in these cases, and hereby requests the discontinuance of service of notices and papers in these cases upon:

Anthony W. Clark, Esq.
*Anthony.Clark@skadden.com*
Christopher Chow, Esq.
*cchow@skadden.com*
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636
(302) 651-3000
(302) 651-3001 (facsimile)

Dated:   Wilmington, Delaware
         March 10, 2010

>                    SKADDEN, ARPS, SLATE, MEAGHER &
>                        FLOM LLP
>
>
>                    _/s/ *Anthony W. Clark*_____
>                    Anthony W. Clark (I.D. No. 2051)
>                    One Rodney Square
>                    P.O. Box 636
>                    Wilmington, Delaware 19899-0636
>                    (302) 651-3000
>
>                    Attorneys for TravelCenters of
>                        America LLC