# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| IDLEAIRE TECHNOLOGIES CORPORATION, | : | Case No. 08-10960 (KG) |
| | : | |
| Debtor. | : | Hearing Date: 4/13/2010 @ 02:00 PM |
| | : | |
| _____ | : | Re: Dkt. Nos. 591, 597 |
| | : | |
| WAUSAU BUSINESS INSURANCE COMPANY and EMPLOYERS INSURANCE OF WAUSAU COMPANY, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Adv. Pro. No. 08-51227 (KG) |
| | : | |
| IDLEAIRE TECHNOLOGIES CORPORATION, NANCY YOUNGER and ESTATE OF WILLIAM YOUNGER, | : | Re: Dkt. No. 189 |
| | : | |
| Defendants. | : | |

## JOINT REPLY OF NANCY YOUNGER AND THE ESTATE OF WILLIAM YOUNGER IN SUPPORT OF THEIR SECOND RENEWED MOTION FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE AND OBJECTION TO WAUSAU'S RENEWED MOTION TO COMPEL ENFORCEMENT OF THIS COURT'S ORDERS

Because Wausau has not raised any pertinent facts or issues in its *Joint Objection to the Younger Claimants' Second Renewed Motion for Relief from Stay and Renewed Motion to Compel Enforcement of This Court's Orders* that have not been previously raised and briefed by the parties and to avoid wasting judicial time and resources, Nancy Younger and the Estate of William Younger (collectively, the "Youngers") hereby incorporate by reference as if set forth fully herein their *Response Objecting to the Wausau Insurers' "Motion to Compel Enforcement of this Court's Orders" and Younger Claimants' Motion for Order Lifting Stay* (Adversary

Proceeding Docket No. 47)[1] filed on May 27, 2009 and their *Reply in Support of Renewed Motion of Nancy Younger and the Estate of William Younger for Relief from Stay Under Section 362 of the Bankruptcy Code* (Main Proceeding Docket No. 505)[2] filed on June 30, 2009.

WHEREFORE, the Youngers respectfully request that this Court enter an Order granting their *Second Renewed Motion for Relief from Stay Under Section 362 of the Bankruptcy Code*, denying Wausau's *Renewed Motion to Compel Enforcement of This Court's Orders* and modifying the automatic stay to allow the Youngers to prosecute their claims against Debtor IdleAire Technologies Corporation in order to liquidate their claims as stated in their Tennessee Circuit Court Action and collect from any applicable insurance the liquidated value of their claims.

Respectfully submitted,

_____
JOHN C. PHILLIPS, JR, ESQUIRE (#110)
DAVID A BILSON, ESQUIRE (#4986)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
Counsel to Nancy Younger and the Estate of William Younger

Dated: April 8, 2010

---

[1] Attached hereto as Exhibit A.

[2] Attached hereto as Exhibit B.