# EXHIBIT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>IDLEAIRE TECHNOLOGIES CORPORATION,<br><br>Debtor. | : Chapter 11<br>:<br>: Case No. 08-10960 (KG)<br>:<br>:<br>:<br>: |
| WAUSAU BUSINESS INSURANCE<br>COMPANY and EMPLOYERS INSURANCE<br>OF WAUSAU COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>IDLEAIRE TECHNOLOGIES CORPORATION,<br>NANCY YOUNGER and ESTATE OF<br>WILLIAM YOUNGER<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Adv. Pro. No. 08-51227 (KG)<br>:<br>:<br>:<br>:<br>:<br>: |

## STIPULATED SCHEDULING ORDER

WHEREAS on July 28, 2008, Nancy Younger and the Estate of William Younger (collectively, the "Youngers") filed the Motion of Nancy Younger and the Estate of William Younger for Relief from Stay under Section 362 of the Bankruptcy Code [Main Case Docket No. 304] (the "Stay Relief Motion") seeking relief from the automatic stay to liquidate the Youngers' personal injury claim against the above-captioned debtor and debtor in possession (the "Debtor"); and

WHEREAS on August 13, 2008, Wausau Business Insurance Company and Employers Insurance of Wausau Company (collectively, "Wausau") filed the Opposition to Motion of Nancy Younger and the Estate of William Younger for Relief from Stay

under Section 362 of the Bankruptcy Code [Main Case Docket No. 326] (the "Wausau Opposition"); and

WHEREAS on August 13, 2008, Wausau filed the Complaint against Idleaire Technologies Corporation, Nancy Younger and the Estate of William Younger seeking a declaratory judgment of the parties' rights and obligations under contracts of insurance issued by Wausau to the Debtor (the "Adversary Proceeding"); and

WHEREAS on August 14, 2008, the Debtor filed the Debtor's Opposition to Motion of Nancy Younger and the Estate of William Younger for Relief from the Automatic Stay under Section 362 of Bankruptcy Code [Main Case Docket No. 327] (the "Debtor's Opposition"); and

WHEREAS on September ___, 2008, the Court approved a Stipulation between the Debtor and the Youngers assigning the Debtor's rights under any contracts of insurance issued by Wausau to the Youngers and permitting the Youngers to defend the Complaint on behalf of the Debtor; and

WHEREAS the Youngers and Wausau stipulate to the following:

A. With respect to the Adversary Proceeding:

1. Motions for summary judgment will be filed no later than October 27, 2008.

2. Oppositions to any motions for summary judgment shall be filed no later than November 26, 2008.

3. Replies to any oppositions to the motions for summary judgment shall be filed no later than December 10, 2008.

4. Oral argument regarding the motions for summary judgment will be held on December 17, 2008 at 3:00 p.m.

B. With respect to the Stay Motion:

5. The Stay Relief Motion shall be deferred pending the final resolution of the Adversary Proceeding.

| PHILLIPS, GOLDMAN & SPENCE, P.A. | BAYARD, P.A. |
|---|---|
| /s/John C. Phillips, Jr. | /s/Charlene D. Davis |
| John C. Phillips, Jr. (No. 110)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br><br>Counsel to Nancy Younger and the Estate of William Younger | Charlene D. Davis (No. 2336)<br>Mary E. Augustine (No. 4477)<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br><br>-and-<br><br>Laura A. Foggan, Esquire<br>Karalee C. Morell, Esquire<br>Parker J. Lavin, Esquire<br>WILEY REIN LLP<br>1776 K Street NW<br>Washington, DC 20006<br>(202) 719-7000<br><br>Counsel for Wausau Business Insurance Company and Employers Insurance of Wausau Company |