# CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18 and that on April 8, 2010, I caused the foregoing *Joint Reply of Nancy Younger and the Estate of William Younger in Support of their Second Renewed Motion for Relief from Stay Under Section 362 of the Bankruptcy Code and Objection to Wausau's Renewed Motion to Compel Enforcement of this Court's Orders* to be served upon the persons listed below by U.S. First Class Mail, postage pre-paid.

Elihu Ezekiel Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

IdleAire Technologies Corporation,
410 N. Cedar Bluff Road, Suite 200
Knoxville, TN 37923

David L. Buchbinder, Esquire
Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

Majority Secured Noteholders Group
and DIP Lenders
Young Conaway Stargatt Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Mark Minuti, Esquire
Jeremy Ryan, Esquire
Saul Ewing LLP
222 Delaware Ave, Suite 1200
Wilmington, DE 19801

Eric R. Wilson, Esquire
Jennifer A. Christian, Esquire
Kelley Drye & Warren, LLP
1010 Park Avenue
New York, NY 10178

Scott L. Alberino, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564

Abid Qureshi, Esquire
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022-2524

James R. Lewis, Vice President
Wells Fargo Bank, NA
45 Broadway, 14th Floor
New York, NY 10006

Mr. Alfred Thomas Giuliano
Chapter 7 Trustee
750 Route 73 South, Suite 110
Marlton, NJ 08053

Robert S. Brady, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Charlene D. Davis, Esquire
Mary E. Augustine, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Laura A. Foggan, Esquire
Karalee C. Morell, Esquire
Parker J. Lavin, Esquire
Wiley Rein LLP
1776 K Street NW
Washington, DC 20006

Under penalty of perjury, I certify the foregoing is true and correct.

*/s/ Celeste A. Hartman*
CELESTE A. HARTMAN