UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: : Chapter 7

IDLEAIRE TECHNOLOGIES : Case No. 08-10960(KG)
CORPORATION,
: Hearing Date: April 13, 2010 @ 2:00 pm
Debtor. :

## [*AMENDED*] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 13, 2010 AT 2:00 PM (ESDT)

### INDEX:

UNCONTESTED MATTERS.....................................................................................1

CONTESTED MATTERS...........................................................................................2

INDEX OF FEE APPLICATIONS..............................................................................2

### UNCONTESTED MATTERS

1. Motion of the Chapter 7 Trustee for an Order Nunc Pro Tunc Pursuant to 11 U.S.C. Section 105(a) Establishing Procedures for Notice and Service of Interim and Final Fee Applications of Compensation and Reimbursement of Expenses and Professionals, filed by Alfred Thomas Giuliano *(filed on 3/19/10, CM/ECF #595).*

**Related Documents:**

    a. Proposed Order, Re: Docket No. 595, *(filed on 3/19/10, CM/ECF #595).*

    b. Certificate of No Objection, Re: Docket No. 595, *(filed on 4/7/10, CM/ECF #601).*

**Response Deadline:** April 6, 2010

**Responses Received:** None

**Status:** The Trustee respectfully requests that this Court enter the proposed order at its earliest convenience.

## CONTESTED MATTERS

2.  Second Renewed Motion of Nancy Younger and the Estate of William Younger for Relief from Stay under Section 362 of the Bankruptcy Code, filed by John C. Philips, Jr., Esquire, counsel to Nancy Younger and the Estate of William Younger, *(filed on 3/10/10, CM/ECF #591).*

**Related Documents:**

a.  Proposed Order, Re: Docket No. 591, *(filed on 3/10/10, CM/ECF #591).*

**Responses Received:**

a.  Joint Objection to the Younger Claimants' Second Renewed Motion for Relief from Stay and Renewed Motion to Compel Enforcement of This Court's Orders, filed by Wausau Business Insurance Company and Employers Insurance of Wausau Company, *(filed on 4/6/10, CM/ECF #597).*

b.  Motion to Shorten the Notice Period and Expedite Hearing on the Renewed Motion to Compel Enforcement of This Court's Orders, filed by Wausau Business Insurance Company and Employers Insurance of Wausau Company, *(filed on 4/6/10, CM/ECF #598).*

c.  Order Granting Plaintiffs/Counterclaim Defendants Wausau Business Insurance Company and Employers Insurance of Wausau Company's Motion to Shorten the Notice Period and Expedite Hearing on the Renewed Motion to Compel Enforcement of this Court's Orders, *(filed on 4/8/10, CM/ECF #602).*

d.  **Joint Reply of Nancy Younger and the Estate of William Younger in Support of their Second Renewed Motion for Relief from Stay Under Section 362 of the Bankruptcy Code and Objection to Wausaus Renewed Motion to Compel Enforcement of this Courts Orders, filed by Nancy Younger and the Estate of William Younger,** *(filed on 4/8/10, CM/ECF #603).*

**Status:** This matter is going forward the hearing.

## INDEX OF FEE APPLICATIONS

Fee Application Binder forwarded to Chambers on April 8, 2010.

|  | WEIR & PARTNERS LLP |
|---|---|
| Dated: April 12, 2010 | By: /s/ Jeffrey S. Cianciulli |
|  | Jeffrey S. Cianciulli (#4369) |
|  | Weir & Partners LLP |
|  | 824 Market Street, Suite 1001 |
|  | P.O. Box 708 |

353321-1

Wilmington, DE 19899
Telephone: (302) 652-8181
Facsimile: (302) 652-8909
Counsel for Alfred T. Giuliano,
Chapter 7 Trustee

353321-1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| IDLEAIRE TECHNOLOGIES CORPORATION, | Case No. 08-10960(KG) |
| | Hearing Date: April 13, 2010 @ 2:00 pm |
| Debtor. | |

## INDEX OF FEE APPLICATIONS

**FEE APPLICATIONS**....................................................................................1


1.  First Interim Fee Application of Weir & Partners LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Chapter 7 Trustee for the Period from May 28, 2009 through January 31, 2010, filed by Alfred Thomas Giuliano , Chapter 7 Trustee *(filed on 3/8/10, CM/ECF #587)*.

**Related Documents**:

   a.  Proposed Order, Re: Docket No. 587, *(filed on 3/8/10, CM/ECF #587)*.

   b.  Certification of Jeffrey S. Cianciulli, Esquire, Re: Docket No. 587, *(filed on 3/8/10, CM/ECF #587)*.

   c.  Certificate of No Objection, Re: Docket No. 587, *(filed on 4/7/10, CM/ECF #599)*.

**Response Deadline:**   April 6, 2010

**Responses Received:**  None

**Status:**   The Trustee respectfully requests that this Court enter the proposed order at its earliest convenience.


2.  First Interim Fee Application of Giuliano Miller and Co LLC for Compensation and Reimbursement of Expenses as Accountants to the Trustee for the Period May 28, 2009 through February 25, 2010, filed by Alfred Thomas *(filed on 3/8/10, CM/ECF #588)*.

**Related Documents:**

a. Proposed Order, Re: Docket No. 588, *(filed on 3/8/10, CM/ECF #588)*.

b. Affidavit of Donna M. Miller, Re: Docket No. 588, *(filed on 3/8/10, CM/ECF #588)*.

c. Certificate of No Objection, Re: Docket No. 588, *(filed on 4/7/10, CM/ECF #600)*.

**Response Deadline:** **April 5, 2010**

**Responses Received:** **None**

**Status:** The Trustee respectfully requests that this Court enter the proposed order at its earliest convenience.

                                        WEIR & PARTNERS LLP

Dated: April 8, 2010            By:   /s/ Jeffrey S. Cianciulli
                                       Jeffrey S. Cianciulli (#4369)
                                       Weir & Partners LLP
                                       824 Market Street, Suite 1001
                                       P.O. Box 708
                                       Wilmington, DE 19899
                                       Telephone: (302) 652-8181
                                       Facsimile: (302) 652-8909
                                       Counsel for Alfred T. Giuliano,
                                       Chapter 7 Trustee

353321-1