IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| IDLEAIRE TECHNOLOGIES CORPORATION, | : | Case No. 08-10960 (KG) |
| Debtor, | : | Ref. Dkt. Nos. 591, 597, 603 & 610 |
| WAUSAU BUSINESS INSURANCE COMPANY and EMPLOYERS INSURANCE OF WAUSAU COMPANY, | : | |
| Plaintiffs, | : | |
| v. | : | Adv. Pro. No. 08-51227 (KG) |
| IDLEAIRE TECHNOLOGIES CORPORATION, NANCY YOUNGER and ESTATE OF WILLIAM YOUNGER, | : | Ref. Dkt. Nos. 44, 189, 193 & 194 |
| Defendants. | : | |

## ORDER GRANTING THE YOUNGERS' SECOND RENEWED MOTION FOR RELIEF FROM STAY AND DENYING THE WAUSAU INSURERS' RENEWED MOTION TO COMPEL ENFORCEMENT OF COURT ORDERS

AND NOW THIS 14th day of April, 2010, having considered the *Second Renewed Motion for Relief from Stay under Section 362 of the Bankruptcy Code* (the "Second Renewed Motion for Relief From Stay") filed by Nancy Younger and the Estate of William Younger (collectively, "the Youngers") and the *Joint Objection to the Younger Claimants' Second Renewed Motion for Relief from Stay and Renewed Motion to Compel Enforcement of This Court's Orders* (the "Joint Objection and Renewed Motion to Compel") filed by Wausau Business Insurance Company and Employers Insurance of Wausau Company (collectively, the "Wausau Insurers"), and having conducted a hearing on this matter on April 13, 2010, it is hereby:

ORDERED, that the relief requested in the Second Renewed Motion for Relief From Stay is GRANTED; and it is further

ORDERED, that the relief requested in the Joint Objection and Renewed Motion to Compel is DENIED; and it is further

ORDERED, that the stay under 11 U.S.C. § 362(a) is hereby modified pursuant to 11 U.S.C. § 362(d) to allow the Youngers to proceed with the prosecution of their civil action against Debtor pending in the Circuit Court for Knox County in the State of Tennessee, styled *Nancy Younger, individually and as surviving spouse of William Younger, Deceased, and the estate of William Younger, through surviving spouse Nancy Younger v. IdleAire Technologies Corporation, a for profit corporation*, Case No. 1-183-08 (the "State Court Action") in its entirety; and it is further

ORDERED that the sole right and remedy of the Youngers regarding the enforcement of any judgment against or settlement with Debtor arising from the State Court Action shall be from the proceeds of any liability insurance policies that cover Debtor with respect to such judgment or settlement and not any other assets of Debtor or its estate, and the Youngers shall not receive any distribution from Debtor or its estate; and it is further

ORDERED that, other than as set forth in this Order, the Youngers shall not assert any claims against Debtor that were or could have been included in the State Court Action, including any proofs of claim filed against Debtor.

THE HONORABLE KEVIN GROSS
U.S. Bankruptcy Court Judge